UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

vs.                            Case No.:

WAL-MART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT'S SECOND NOTICE OF REMOVAL

DEFENDANT, WAL-MART STORES, EAST, L.P. ("WAL-MART"), by and through its undersigned attorney, pursuant to 28 U.S.C. §1446(a) hereby files this Second Notice of Removal from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, based on diversity jurisdiction as set forth in 28 U.S.C. §1332(a), and in support thereof states:

1.    The federal district court has jurisdiction of any "civil actions in which the matter in controversy exceeds the sum or value of $75,000 . . . and is between – citizens of different states." 28 U.S.C. §1332(a)(1).

## COMPLETE DIVERSITY EXISTS AMONGST THE PLAINTIFFS AND DEFENDANT

2.    Wal-Mart is a foreign limited partnership which for the purposes of diversity jurisdiction under 28 U.S.C. 1332(c)(1), is, and was at the time the above captioned case was filed in State Court, a "resident" of Arkansas and Delaware.

3.      WSE Management, LLC is the general partner and WSE Investment, LLC is the limited partner of Wal-Mart. WSE Management, LLC and WSE Investment, LLC were at the time of filing the Complaint, and still are, Delaware limited liability companies.

4.      The sole member of WSE Management, LLC and WSE Investment, LLC is, and was at the time of the filing of the Complaint, Wal-Mart Stores East, LLC, an Arkansas Limited Liability Company.

5.      The sole member of Wal-Mart Stores East, LLC is, and was at the time of filing the Complaint, Wal-Mart Stores, Inc.

6.      Wal-Mart Stores Inc., is, and was at the time of the filing of the Complaint, an incorporated entity under the laws of the State of Delaware.

7.      The principal place of business for all of the above mentioned entities (Wal- Mart Stores East, LP; WSE Management, LLC; WSE Investment, LLC; Wal-Mart Stores, LLC; and Wal-Mart Stores, Inc.) is, and was at the time of the filing of the Complaint, Bentonville, Arkansas.

8.      Hence, Wal-Mart Stores East, LP, is a citizen of both Delaware and Arkansas, and is not a citizen of Florida.

9.      Plaintiffs allege in their Complaint that they are residents of Florida.

10.     Therefore, as the Plaintiffs are residents of Florida, and Wal-Mart Stores East, LP, is a citizen of Arkansas and Delaware, complete diversity exists under 28 U.S.C. §1332.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

11.    The Plaintiffs seek money damages for alleged personal injuries that exceed $75,000.00. Wal-Mart specifically denies the Plaintiffs' entitlement to said damages.

12.    Pursuant to 28 U.S.C. § 1446(b), a defendant may remove a case from a State court within thirty days following receipt of "an amended pleading, motion, order or other paper" rendering the action removable.

13.    A removing defendant bears the burden of proving that federal jurisdiction exists by presenting documents that "contain an unambiguous statement that clearly establishes federal jurisdiction." Lowery v. Alabama Power, 483 F.3d 1184, 1218 (11th Cir. 2007).

14.    The Plaintiffs' admission through their Response to Defendant's Request for Admissions is a clear and unambiguous statement that establishes that the amount in controversy exceeds $75,000, allowing for removal if complete diversity exists. See, Exhibit A. Further, Plaintiff's medical bills from the alleged subject incident, totaling over $75,000.00, are attached hereto as Composite Exhibit B and were produced by Plaintiff in discovery on May 25, 2022.

## CONCLUSION

15.    Therefore, Defendant would ask the Court to accept the Plaintiffs' Response to Defendant's Request for Admissions, together with the attached medical bills, as sufficient evidence of the amount in controversy and would respectfully request removal of this case to Federal Court pursuant to 28 U.S.C. §1146(b), as

jurisdiction is proper because complete diversity exists and the amount in controversy exceeds $75,000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 15th day of June, 2022.

*/s/ Andrew S. Bolin, Esq., BCS*
Andrew S. Bolin, Esquire, BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
bolinpleadings@bolin-law.com
amc@bolin-law.com
vli@bolin-law.com
Attorneys for Defendant

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORDIA, IN AND FOR PINELLAS COUNTY
CIVIL DIVISION**

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

                                    CASE NO.:    21-CA-004877

vs.

WAL-MART STORES EAST, LP,

      Defendant.

_____/

**PLAINTIFF, DONNA M. HUGHEY'S, RESPONSE TO
DEFENDANT'S REQUEST FOR ADMISSIONS AND INCORPORATED
INTERROGATORIES TO PLAINTIFFS**

      Plaintiffs, DONNA M. HUGHEY and CHRISTOPHER HUGHEY, by and through

undersigned counsel; pursuant to 1.370, Fla.R.Civ.P., files the following responses to Defendant's

Request for Admissions, propounded on December 17, 2021:

1. Admit that Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, had a permanent, physical residence and were domiciled in Florida.

   **Admitted.**

2. Admit that Plaintiffs currently have a permanent, physical residence and are domiciled in Florida.

   **Admitted.**

3. Admit that the Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, had no plans to move out of the State of Florida.

   **Admitted.**

4. Admit that the Plaintiffs currently have no plans to move out of the State of Florida.

   **Admitted.**

Exhibit "A"

5. Admit that the Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, were citizens of the State of Florida and were domiciled in the State of Florida.

   **Admitted.**

6. Admit that Plaintiffs are currently citizens of the State of Florida.

   **Admitted.**

7. Admit that the Plaintiffs are alleging damages in excess of $75,000.00

   **Admitted.**

## INTERROGATORIES

a.      If the Plaintiffs did have plans to move out of the State of Florida, please provide where the Plaintiffs were planning to move.

   **Plaintiffs did not have plans to move out of state.**

b.      If the Plaintiffs do currently have plans to move out of the State of Florida, please provide where the Plaintiffs are planning to move.

   **Plaintiffs do not have plans to move out of state.**

c.      If the Plaintiffs are alleging damages in excess of $75,000.00, please provide an itemized breakdown of the damages that the Plaintiffs are seeking.

   **Please see Answers to Interrogatories and Response to Request for Production for itemized breakdown. Plaintiffs is seeking damages regarding medical expenses (past and unknown future expenses; including liens associated with medical expenses), pain and suffering (past and future), and Loss of Consortium.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the Florida Courts E-filing Portal, at www.myflcourtaccess.com, which will serve all counsel of record by email at the address(es) designated thereby, this 3rd day of  January, 2022.

By: _____
T. PATTON YOUNGBLOOD, JR., ESQ.

Fla. Bar No. 0849243
YOUNGBLOOD LAW FIRM
First Central Tower
360 Central Avenue, Suite 800
St. Petersburg, Florida   33701
Telephone: (727) 563-0909
Facsimile:  (727) 592-5316
Primary:     patton@youngbloodlaw.com
Secondary: sean@youngbloodlaw.com
*Attorneys for Plaintiff*

# Patient Ledger

Date Printed: 05/19/2021

**Diagnostic Imaging Consultants**
5136 Central Avenue
SAINT PETERSBURG, FL 33707-1833

Filters :

| Ticket No | Date | CPT Code | Transaction Description | Charges | Payment | Chg.Adj | Pymt Adj. | Balance |
|---|---|---|---|---|---|---|---|---|
| | | **Patient Information** | | | **Responsible Party Information** | | | |

Name: HUGHEY, DONNA
Patient Number:
Address:

YOUNGBLOOD LAW FIRM, THE
360 CENTRAL AVE # 800
SAINT PETERSBURG, FL 33701

Home Phone:
Work Phone:
Sex: F                                   M
Birth Date: 11/02/1964              01/01/1969
Chart No.:

Work Phone (Responsible): (727)563-0909

| Ticket No | Date | CPT Code | Transaction Description | Charges | Payment | Chg.Adj | Pymt Adj. | Balance |
|---|---|---|---|---|---|---|---|---|
| 102320 | | | | | | | | |
| | 03/16/2020 | 72148 | LUMBAR MRI W/O CONTRAST | $360.00 | $0.00 | $0.00 | $0.00 | $360.00 |
| | | | **Total for Ticket:** | **$360.00** | **$0.00** | **$0.00** | **$0.00** | **$360.00** |
| 115497 | | | | | | | | |
| | 12/28/2020 | 72141 | CERVICAL MRI W/O CONTRAST | $360.00 | $0.00 | $0.00 | $0.00 | $360.00 |
| | | | **Total for Ticket:** | **$360.00** | **$0.00** | **$0.00** | **$0.00** | **$360.00** |
| | | | **Total for Location:** | **$720.00** | **$0.00** | **$0.00** | **$0.00** | **$720.00** |
| **Grand Total:** | | | | **$720.00** | **$0.00** | **$0.00** | **$0.00** | **$720.00** |

Composite Exhibit "B"

# STATEMENT

**Florida Physical Medicine LLC-L**
**2200 West Bay Drive**
**Largo, FL 33770-1929**

Donna Hughey

ACCOUNT NUMBER: I
STATEMENT DATE: 05/25/2021
AMOUNT DUE: $0.00

AMOUNT
ENCLOSED: **$**

☐ Please mark box and indicate any change in address on reverse side

--------------------------------(PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT)--------------------------------

Statement Inquiries Number: (727)518-2977

| SERVICE DATE | DESCRIPTION OF TRANSACTION | CHARGES | INSURANCE PAYMENTS | INSURANCE ADJUSTMENTS | PATIENT PAYMENTS | BALANCE |
|---|---|---|---|---|---|---|
| 04/21/21 04/21/21 | Donna Hughey , .          Adam DiDio<br>Inv # 116658 (LOP)<br>99204 Office/outpatient visit; new patient, level 4<br>Ins Pending - Pat Copay Due: $0.00 | $950.00 | | | | $950.00 |
| 05/05/21 05/05/21 | Donna Hughey ,          Adam DiDio<br>Inv # 117182 (LOP)<br>99214 Office/outpatient visit; established patient,<br>Ins Pending - Pat Copay Due: $0.00 | $500.00 | | | | $500.00 |

| STATEMENT DATE | LAST PAYMENT DATE | ACCOUNT NO. |
|---|---|---|
| 05/25/2021 | . | |

| PLEASE PAY THIS AMOUNT | $0.00 |
|---|---|
| **PENDING INSURANCE** | $1,450.00 |
| **ACCOUNT BALANCE** | $1,450.00 |

Please make checks payable to Florida Physical Medicine, LLC

```
                        Hopkins Clinic
                     6231 66th Street North
                     Pinellas Park, FL 33781
                          727-544-3330


                        Daniel Roode
                   Monday December 21, 2020
```

Patient          : Donna Hughey
Itemized Statement: 03/09/2020 - 12/21/2020
DOB              : 11/02/1964
Onset date       : 03/05/2020


        Mail to:
        **Donna Hughey**



**Insured**                              **Insurance Carrier (primary)**


DOB:
Policy#:

**Attorney**                             **Employer**
Patton Youngblood
360 Central Ave.
Suite 1450
St Petersburg FL 33701

**Current Diagnosis**
R51        Headache (facial pain NOS)
S13.4XXA   Sprain of ligaments of cervical spine, initial encounte
S16.1XXA   Strain of muscle, fascia & tendon neck level, initial e
S23.3XXA   Sprain of ligaments of thoracic spine, initial encounte
S29.012A   Strain of muscle & tendon back wall of thorax, initial encounter
M99.02     Segmental and somatic dysfunction of thoracic region
S33.5XXA   Sprain of ligaments of lumbar spine, initial encounter
S39.012A   Strain of muscle, fascia & tendon lower back, initial encounter
S33.6XXA   Sprain of sacroiliac joint, initial encounter
M79.601    Pain in right arm
M62.838    Other muscle spasm
G89.11     Acute pain due to trauma

| Date | Description | Amount |
|------|-------------|--------|
| 03/09/20 | 99354 Extended Office visit | $ 275.00 |
| 03/09/20 | 99213 EST OV EXPAND PROB FOCS | $ 290.00 |
| 03/09/20 | 97535 SELF CARE INSTRUCTIONS | $ 65.00 |
| 03/09/20 | 99070 Home use hot/cold packs | $ 30.00 |
| 03/10/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 03/10/20 | 97010 hot or cold packs | $ 60.00 |
| 03/10/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 03/10/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 03/10/20 | 97140 2 units | $ 220.00 |
| 03/12/20 | 99213 EST OV EXPAND PROB FOCS | $ 290.00 |
| 03/12/20 | 97010 hot or cold packs | $ 60.00 |
| 03/12/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 03/12/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 03/12/20 | 97140 2 units | $ 220.00 |
| 03/17/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 03/17/20 | 97010 hot or cold packs | $ 60.00 |
| 03/17/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 03/17/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 03/17/20 | 97140 2 units | $ 220.00 |
| 03/17/20 | 97161 physical therapy | $ 240.00 |
| 03/17/20 | E0720 NU TENS unit 4+ lead purchase | $ 525.00 |
| 04/01/20 | 99441 telephone call 5- 10 mins | $ 65.00 |
| 05/06/20 | 99213 EST OV EXPAND PROB FOCS | $ 290.00 |
| 05/06/20 | 97010 hot or cold packs | $ 60.00 |
| 05/06/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/06/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |

Page 2   Patient: Donna Hughey

| Date | Description | Amount |
|------|-------------|--------|
| 05/06/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 05/12/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/12/20 | 97010 hot or cold packs | $ 60.00 |
| 05/12/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/12/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/12/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/12/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/12/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/12/20 | S8948 Laser Therapy | $ 130.00 |
| 05/14/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/14/20 | 97010 hot or cold packs | $ 60.00 |
| 05/14/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/14/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/14/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/14/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/14/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/14/20 | S8948 Laser Therapy | $ 130.00 |
| 05/19/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/19/20 | 97010 hot or cold packs | $ 60.00 |
| 05/19/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/19/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/19/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/19/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/19/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/19/20 | S8948 Laser Therapy | $ 130.00 |
| 05/21/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/21/20 | 97010 hot or cold packs | $ 60.00 |
| 05/21/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/21/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/21/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/21/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/21/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/21/20 | S8948 Laser Therapy | $ 130.00 |
| 05/21/20 | 97110 -59 THERAPEUTIC EXERCISES 1 UNIT | $ 110.00 |
| 05/21/20 | 97535 SELF CARE INSTRUCTIONS | $ 65.00 |
| 05/26/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/26/20 | 97010 hot or cold packs | $ 60.00 |
| 05/26/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/26/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/26/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/26/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/26/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/26/20 | 97140 manual therapy 1 unit | $ 110.00 |
| 05/26/20 | S8948 Laser Therapy | $ 130.00 |
| 05/26/20 | 97110 -59 THERAPEUTIC EXERCISES 1 UNIT | $ 110.00 |
| 05/28/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 05/28/20 | 97010 hot or cold packs | $ 60.00 |
| 05/28/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/28/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/28/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/28/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/28/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/28/20 | 97140 -59 manual therapy 1 unit | $ 110.00 |
| 05/28/20 | S8948 Laser Therapy | $ 130.00 |
| 06/02/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 06/02/20 | 97010 hot or cold packs | $ 60.00 |
| 06/02/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 06/02/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 06/02/20 | 97140 -59 manual therapy 1 unit | $ 110.00 |
| 06/02/20 | S8948 Laser Therapy | $ 130.00 |
| 06/04/20 | 99212 -25 EST OV PROBLEM FOCUSED | $ 125.00 |
| 06/04/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 06/04/20 | 97010 hot or cold packs | $ 60.00 |
| 06/04/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 06/04/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 06/04/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 06/04/20 | 97140 -59 2 units | $ 220.00 |
| 06/04/20 | S8948 Laser Therapy | $ 130.00 |
| 06/04/20 | 97110 -59 THERAPEUTIC EXERCISES 1 UNIT | $ 110.00 |
| 06/23/20 | 99212 -25 EST OV PROBLEM FOCUSED | $ 125.00 |
| 06/23/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 06/23/20 | 97010 hot or cold packs | $ 60.00 |
| 06/23/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 06/23/20 | 97140 -59 manual therapy 1 unit | $ 110.00 |
| 07/23/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |

**Page 3   Patient: Donna Hughey**

| Date | Description | Amount |
|------|-------------|--------|
| 07/23/20 | 97010 hot or cold packs | $   60.00 |
| 07/23/20 | 97140 -59 manual therapy 1 unit | $  110.00 |
| 07/23/20 | 97012 DECOMPRESSION TRACTION | $   80.00 |
| 08/05/20 | 98941 Spinal Manipulation 3-4 Areas | $  135.00 |
| 08/05/20 | 97010 hot or cold packs | $   60.00 |
| 08/05/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $   85.00 |
| 08/05/20 | A4556 8 DISPOSABLE ELECTRODES | $   24.00 |
| 08/05/20 | 97140 -59 2 units | $  220.00 |
| 08/05/20 | 97012 DECOMPRESSION TRACTION | $   80.00 |
| 09/14/20 | 99214 -25 EST OV DETAILED | $  650.00 |
| 09/14/20 | 98940 Spinal Manipulation 1-2 Areas | $  110.00 |
| 09/14/20 | 97010 hot or cold packs | $   60.00 |
| 09/14/20 | 97140 -59 2 units | $  220.00 |
| 10/28/20 | 99212 -25 EST OV PROBLEM FOCUSED | $  125.00 |
| 10/28/20 | 98940 Spinal Manipulation 1-2 Areas | $  110.00 |
| 10/28/20 | 97010 hot or cold packs | $   60.00 |
| 10/28/20 | 97140 -59 2 units | $  220.00 |
| 12/16/20 | 99214 EST OV DETAILED | $  650.00 |

```
Total Sales Tax           : $      0.00
Total Late Charges        : $      0.00
Total Interest Charges    : $      0.00
Patients-Cash Rcvd        : $      0.00
Patients-Chks Rcvd        : $      0.00
Patients-Crdt Crd         : $      0.00
Payer Payments            : $      0.00

Total Charges             : $12927.00
Total Received            : $      0.00
Total Adjustment          : $      0.00
Balance (based on search) : $12927.00
```

| | | Financial Transaction Listing | | | | | 07/16/2021 |
|---|---|---|---|---|---|---|---|
| **User:** QBE6275 | | By Entry Date | | | | | 10:58 am |

Facility: **00144**    Largo Medical Center

**Patient:** **HUGHEY DONNA M**

| Facility | Acct Number | Entry Date | Trans Date | ProcCode | Type | Amount | Payer | Comment |
|---|---|---|---|---|---|---|---|---|
| 00144 | | 03/20/2020 | 03/20/2020 | 30349 | 01 | $-1,184.00 | 92363 | ERA UN P  03/23/20 |
| | | | | | | ICN: AY87297796 0112518067 | | |
| 00144 | | 03/10/2020 | 03/05/2020 | 999999 | 05 | $-2,773.85 | 92363 | CONTRACTUAL ADJ CC |
| 00144 | | 03/07/2020 | 03/05/2020 | 675002 | 06 | $3,220.92 | | LVL 3 EMER DEPT |
| 00144 | | 03/05/2020 | 03/05/2020 | 684772 | 06 | $-478.42 | | UA W O MICRO AUTO |
| 00144 | | 03/05/2020 | 03/05/2020 | 684772 | 06 | $478.42 | | UA W O MICRO AUTO |
| 00144 | | 03/05/2020 | 03/05/2020 | 684770 | 06 | $478.42 | | UA W MICRO AUTO |
| 00144 | | 03/05/2020 | 03/05/2020 | 703870 | 06 | $258.51 | | ONDANSETRON 4 MG PO |

Account Total: **$0.00**

Facility Total for  **00144 - Largo Medical Center :**    **$0.00**

Report Total:  **$0.00**

**- CONFIDENTIAL -**

Type 01= Payment, 04= Adjustment, 05= Allowance, 06= Charge

This is the balance owed as of today's date.
This may not reflect all payments and/or adjustments to the account.
1 of 1

## MRI Associates of Palm Harbor INC

### Patient Activity Statement

**Patient Information.**

Hughey, Donna

**Patient Account #:**

| Encounter | Date | Code | Description | Amount |
|-----------|------|------|-------------|--------|
| 464792 | 04/30/2021 | 72146 | MRI T-SPINE W/O CONTRAST | $2,440.00 |
| 464792 | 04/30/2021 | 72141 | MRI C-SPINE W/O CONTRAST | $2,440.00 |
| | | | Total | $4,880.00 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days | Balance |
|---------|--------------|--------------|--------------|---------------|---------|
| $4,880.00 | 0.00 | 0.00 | 0.00 | 0.00 | $4,880.00 |

| Coverage | Company | Expiration | Policy | Group |
|----------|---------|------------|--------|-------|
| P | YOUNGBLOOD LAW FIRM | | PREMISE LIABILITY | |

PINELLAS MEDICAL ASSOCIATES
Hughey, Donna M

| Claim No | Date | Description | Charges | Payments | Adjust | WithHeld | Pt Bal | Ins Bal |
|---|---|---|---|---|---|---|---|---|
| 276610 | 9/29/2021 | Charges (Pr:ARN Fac: Main) | 548 | | | | 0 | 548 |
| 276392 | 9/27/2021 | Charges (Pr:ANII Fac: Main) | 2,500.00 | | | | 0 | 2,500.00 |
| 276349 | 9/23/2021 | Charges (Pr:AA Fac: Main) | 903 | | | | 0 | 903 |
| 276283 | 9/23/2021 | Charges (Pr:ARN Fac: Main) | 933 | | | | 0 | 933 |
| 274254 | 8/26/2021 | Charges (Pr:ARN Fac: Main) | 933 | | | | 0 | 933 |
| 274556 | 8/25/2021 | Charges (Pr:SM Fac: Main) | 690 | | | | 0 | 690 |
| 274552 | 8/23/2021 | Charges (Pr:SM Fac: Main) | 690 | | | | 0 | 690 |
| 274546 | 8/18/2021 | Charges (Pr:SM Fac: Main) | 690 | | | | 0 | 690 |
| 274542 | 8/16/2021 | Charges (Pr:SM Fac: Main) | 1,179.00 | | | | 0 | 1,179.00 |
| 272737 | 8/5/2021 | Charges (Pr:ARN Fac: Main) | 705 | | | | 0 | 705 |
| 275922 | 7/22/2021 | Charges (Pr:ARN Fac: Main) | 228 | | | | 0 | 228 |
| 271232 | 7/13/2021 | Charges (Pr:LAF Fac: NHIP) | 2,082.00 | | | | 0 | 2,082.00 |
| 273249 | 7/13/2021 | Charges (Pr:ARN Fac: NHIP) | 28,628.00 | | | | 0 | 4,520.00 |
| | 9/28/2021 | UHC | | 3,198.48 | 20,909.52 | 0 | | |
| | | 22600:NECK SPINE FUSION | 8,316.00 | 1,325.91 | 6,990.09 | 0 | | |
| | | 63045:REMOVAL OF SPINAL LAMINA | 8,310.00 | 664.7 | 7,645.30 | 0 | | |
| | | 22842:INSERT SPINE FIXATION DEVICE | 4,943.00 | 798.17 | 4,144.83 | 0 | | |
| | | 63048:REMOVE SPINAL LAMINA ADD-ON | 2,942.00 | 0 | 0 | 0 | | |
| | | 22614:SPINE FUSION, EXTRA SEGMENT | 2,539.00 | 409.7 | 2,129.30 | 0 | | |
| | | 20660:APPLY, REM FIXATION DEVICE | 1,578.00 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| | 9/28/2021 | UHC | | 0 | 0 | 0 | | |
| | | 22600:NECK SPINE FUSION | 8,316.00 | 0 | 0 | 0 | | |
| | | 63045:REMOVAL OF SPINAL LAMINA | 8,310.00 | 0 | 0 | 0 | | |
| | | 22842:INSERT SPINE FIXATION DEVICE | 4,943.00 | 0 | 0 | 0 | | |
| | | 63048:REMOVE SPINAL LAMINA ADD-ON | 2,942.00 | 0 | 0 | 0 | | |
| | | 22614:SPINE FUSION, EXTRA SEGMENT | 2,539.00 | 0 | 0 | 0 | | |
| | | 20660:APPLY, REM FIXATION DEVICE | 1,578.00 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| | | Cpt Sub Totals | | | | | | |
| | | 22600:NECK SPINE FUSION | 8,316.00 | 1,325.91 | 6,990.09 | 0 | | |
| | | 63045:REMOVAL OF SPINAL LAMINA | 8,310.00 | 664.7 | 7,645.30 | 0 | | |
| | | 22842:INSERT SPINE FIXATION DEVICE | 4,943.00 | 798.17 | 4,144.83 | 0 | | |
| | | 63048:REMOVE SPINAL LAMINA ADD-ON | 2,942.00 | 0 | 0 | 0 | | |
| | | 22614:SPINE FUSION, EXTRA SEGMENT | 2,539.00 | 409.7 | 2,129.30 | 0 | | |
| | | 20660:APPLY, REM FIXATION DEVICE | 1,578.00 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| 273250 | 7/13/2021 | Charges (Pr:LS Fac: NHIP) | 15,139.50 | | | | 0 | 15,139.50 |
| 273247 | 7/9/2021 | Charges (Pr:ARN Fac: NHIP) | 32,697.00 | | | | 0 | 0 |
| | 9/28/2021 | UHC | | 4,215.22 | 26,897.78 | 0 | | |
| | | 22551:NECK SPINE FUSE&REMOVE ADDL | 8,988.00 | 1,766.04 | 7,221.96 | 0 | | |
| | | 63075:NECK SPINE DISK SURGERY | 8,733.00 | 696.43 | 8,036.57 | 0 | | |
| | | 22846:INSERT SPINE FIXATION DEVICE | 4,918.00 | 794.07 | 4,123.93 | 0 | | |
| | | 22853: | 2,950.00 | 270.9 | 2,679.10 | 0 | | |
| | | 22853: | 2,950.00 | 270.9 | 2,679.10 | 0 | | |
| | | 22552:ADDL NECK SPINE FUSION | 2,574.00 | 416.88 | 2,157.12 | 0 | | |
| | | 63076:NECK SPINE DISK SURGERY | 1,584.00 | 0 | 0 | 0 | | |
| | | 20930:SPINAL BONE ALLOGRAFT | 0 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| | 9/28/2021 | UHC | | 257.11 | 1,326.89 | 0 | | |
| | | 22551:NECK SPINE FUSE&REMOVE ADDL | 8,988.00 | 0 | 0 | 0 | | |
| | | 63075:NECK SPINE DISK SURGERY | 8,733.00 | 0 | 0 | 0 | | |
| | | 22846:INSERT SPINE FIXATION DEVICE | 4,918.00 | 0 | 0 | 0 | | |
| | | 22853: | 2,950.00 | 0 | 0 | 0 | | |
| | | 22853: | 2,950.00 | 0 | 0 | 0 | | |
| | | 22552:ADDL NECK SPINE FUSION | 2,574.00 | 0 | 0 | 0 | | |
| | | 63076:NECK SPINE DISK SURGERY | 1,584.00 | 257.11 | 1,326.89 | 0 | | |
| | | 20930:SPINAL BONE ALLOGRAFT | 0 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |

| | | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 9/28/2021 | UHC | | 0 | 0 | 0 | | |
| | | 22551:NECK SPINE FUSE&REMOVE ADDL | 8,988.00 | 0 | 0 | 0 | | |
| | | 63075:NECK SPINE DISK SURGERY | 8,733.00 | 0 | 0 | 0 | | |
| | | 22846:INSERT SPINE FIXATION DEVICE | 4,918.00 | 0 | 0 | 0 | | |
| | | 22853: | 2,950.00 | 0 | 0 | 0 | | |
| | | 22853: | 2,950.00 | 0 | 0 | 0 | | |
| | | 22552:ADDL NECK SPINE FUSION | 2,574.00 | 0 | 0 | 0 | | |
| | | 63076:NECK SPINE DISK SURGERY | 1,584.00 | 0 | 0 | 0 | | |
| | | 20930:SPINAL BONE ALLOGRAFT | 0 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| | | Cpt Totals | | | | | | |
| | | 22551:NECK SPINE FUSE&REMOVE ADDL | 8,988.00 | 1,766.04 | 7,221.96 | 0 | | |
| | | 63075:NECK SPINE DISK SURGERY | 8,733.00 | 696.43 | 8,036.57 | 0 | | |
| | | 22846:INSERT SPINE FIXATION DEVICE | 4,918.00 | 794.07 | 4,123.93 | 0 | | |
| | | 22853: | 2,950.00 | 541.8 | 5,358.20 | 0 | | |
| | | 22552:ADDL NECK SPINE FUSION | 2,574.00 | 416.88 | 2,157.12 | 0 | | |
| | | 63076:NECK SPINE DISK SURGERY | 1,584.00 | 257.11 | 1,326.89 | 0 | | |
| | | 20930:SPINAL BONE ALLOGRAFT | 0 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| 271230 | 7/9/2021 | Charges (Pr:LAF Fac: NHIP) | 3,342.00 | | | | 0 | 3,342.00 |
| 273248 | 7/9/2021 | Charges (Pr:LS Fac: NHIP) | 18,024.00 | | | | 0 | 18,024.00 |
| 269844 | 6/24/2021 | Charges (Pr:SM Fac: Main) | 50 | | | | 0 | 50 |
| 269597 | 6/22/2021 | Charges (Pr:SM Fac: Main) | 50 | | | | 0 | 50 |
| 269638 | 6/21/2021 | Charges (Pr:ARN Fac: PMA) | 2,463.00 | | | | 0 | 2,463.00 |
| 269589 | 6/16/2021 | Charges (Pr:SM Fac: Main) | 1,089.00 | | | | 0 | 1,089.00 |
| 269143 | 6/10/2021 | Charges (Pr:AA Fac: Main) | 691 | | | | 0 | 672.31 |
| | 4/9/2021 | Patient Payment | | 18.69 | 0 | 0 | | |
| | | 99215:OFFICE/OUTPATIENT VISIT, EST | 691 | 18.69 | 0 | 0 | | |
| | | Cpt Sub Totals | | | | | | |
| | | 99215:OFFICE/OUTPATIENT VISIT, EST | 691 | 18.69 | 0 | 0 | | |
| 266493 | 4/29/2021 | Charges (Pr:AA Fac: Main) | 2,117.00 | | | | 0 | 2,117.00 |
| 265587 | 4/19/2021 | Charges (Pr:ANII Fac: Main) | 2,400.00 | | | | 0 | 0 |
| | 6/8/2021 | UHC | | 416.41 | 1,983.59 | 0 | | |
| | | 73221:MRI JOINT UPR EXTREM W/O DYE | 2,400.00 | 416.41 | 1,983.59 | 0 | | |
| | | Cpt Sub Totals | | | | | | |
| | | 73221:MRI JOINT UPR EXTREM W/O DYE | 2,400.00 | 416.41 | 1,983.59 | 0 | | |
| 264669 | 4/9/2021 | Charges (Pr:AA Fac: Main) | 1,242.00 | | | | 0 | 0 |
| | 4/20/2021 | UHC | | 144.59 | 1,062.41 | 0 | | |
| | | 99205:OFFICE/OUTPATIENT VISIT, NEW | 995 | 120.32 | 839.68 | 0 | | |
| | | 73030:X-RAY EXAM OF SHOULDER | 247 | 24.27 | 222.73 | 0 | | |
| | | G8419:BMI>=30OR<22 CAL NO FOLLOWUP | 0 | 0 | 0 | 0 | | |
| | | G8427:DOC MEDS VERIFIED W/PT OR RE | 0 | 0 | 0 | 0 | | |
| | 4/20/2021 | UHC | | 0 | 0 | 0 | | |
| | | 99205:OFFICE/OUTPATIENT VISIT, NEW | 995 | 0 | 0 | 0 | | |
| | | 73030:X-RAY EXAM OF SHOULDER | 247 | 0 | 0 | 0 | | |
| | | G8419:BMI>=30OR<22 CAL NO FOLLOWUP | 0 | 0 | 0 | 0 | | |
| | | G8427:DOC MEDS VERIFIED W/PT OR RE | 0 | 0 | 0 | 0 | | |
| | 4/9/2021 | Patient Payment | | 35 | 0 | 0 | | |
| | | 99205:OFFICE/OUTPATIENT VISIT, NEW | 995 | 35 | 0 | 0 | | |
| | | Cpt Sub Totals | | | | | | |
| | | 99205:OFFICE/OUTPATIENT VISIT, NEW | 995 | 155.32 | 839.68 | 0 | | |
| | | 73030:X-RAY EXAM OF SHOULDER | 247 | 24.27 | 222.73 | 0 | | |
| | | G8419:BMI>=30OR<22 CAL NO FOLLOWUP | 0 | 0 | 0 | 0 | | |
| | | G8427:DOC MEDS VERIFIED W/PT OR RE | 0 | 0 | 0 | 0 | | |
| | | Total | $120,013.50 | $8,285.50 | $52,180.19 | $0.00 | $0.00 | $59,547.81 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**    HUGHEY,DONNA

**Client ID :**

**Selected Episode:**    ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/25/20 | Treatment Plan Review | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/25/20 | Multiple Therapies - MCar | 1.00 | $140.00 | UNITED BEl | 7601 | $140.00 | 140.00 | 1869882 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/03/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1904149 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/07/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1904149 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/08/20 | Telemedicine Pharmacolog | 1.00 | $80.00 | UNITED BEl | 7601 | $65.00 | 65.00 | 1900170 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/08/20 | Telemedicine Pharmacolog | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:** HUGHEY,DONNA

**Client ID :**

**Selected Episode:** ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/08/20 | Telemedicine Pharmacolog | 1.00 | $15.00 | UNITED BEl | 7601 | $15.00 | 15.00 | 1912039 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/17/20 | Telemedicine Individual T | 4.00 | $140.00 | UNITED BEl | 7601 | $125.00 | 125.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/17/20 | Telemedicine Individual T | 4.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/17/20 | Telemed FARS/CFARS Li | 1.00 | $35.00 | DCF/CFBHN | 1000 | $35.00 | 35.00 | 1904149 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/17/20 | Multiple Therapies - MCar | 1.00 | $140.00 | UNITED BEl | 7601 | $140.00 | 140.00 | 1900171 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/20/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1904149 | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                                      Page 10 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**    HUGHEY,DONNA
**Client ID :**
**Selected Episode:**    ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1904149 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Individual Therapy | 3.00 | $105.00 | UNITED BEI | 7601 | $90.00 | 90.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Individual Therapy | 3.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Multiple Therapies - MCar | | $140.00 | UNITED BEI | 7601 | $125.00 | 125.00 | 1907515 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Multiple Therapies - MCar | | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Multiple Therapies - MCar | 1.00 | $15.00 | UNITED BEI | 7601 | $15.00 | 15.00 | 1916979 | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                             Page 11 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**       HUGHEY,DONNA                                    Diagnosis History

**Client ID :**                                                        Graph of Charges and Payments By Month

**Selected Episode:**  ALL

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/03/20 | Telephonic Individual The | 4.00 | $140.00 | UNITED BEI | 7601 | $125.00 | 125.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/03/20 | Telephonic Individual The | 4.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/03/20 | Telehealth Mult Therapies | | $140.00 | UNITED BEI | 7601 | $125.00 | 125.00 | 1922417 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/03/20 | Telehealth Mult Therapies | | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/23/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1925982 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/23/20 | Telephonic Pharmacologic | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

### Client Account Ledger

| **Client Name:** | HUGHEY,DONNA |
| **Client ID :** | |
| **Selected Episode:** | ALL |

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/23/20 | Telephonic Pharmacologic | 1.00 | $15.00 | UNITED BE | 7601 | $15.00 | 15.00 | 1935628 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 07/15/20 | Telephonic Individual The | 4.00 | $140.00 | UNITED BE | 7601 | $125.00 | 125.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 07/15/20 | Telephonic Individual The | 4.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 07/15/20 | Telehealth Mult Therapies | 1.00 | $140.00 | UNITED BE | 7601 | $140.00 | 140.00 | 1938880 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/12/20 | Telephonic Individual The | 4.00 | $140.00 | UNITED BE | 7601 | $125.00 | 125.00 | Roll-Up | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                          Page 13 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**        HUGHEY,DONNA
**Client ID :**                                                          Diagnosis History
**Selected Episode:**    ALL                                             Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/12/20 | Telephonic Individual The | 4.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/12/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1955935 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/19/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1964397 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/19/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1955936 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/19/20 | Telephonic Pharmacologic | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/19/20 | Telephonic Pharmacologic | 1.00 | $15.00 | UNITED BEI | 7601 | $15.00 | 15.00 | 1964398 | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**         HUGHEY,DONNA                              Diagnosis History

**Client ID :**                                                    Graph of Charges and Payments By Month

**Selected Episode:**    ALL

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/26/20 | Telephonic Individual The | 3.00 | $105.00 | UNITED BEI | 7601 | $90.00 | 90.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/26/20 | Telephonic Individual The | 3.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/26/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1958905 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/10/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1970796 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/10/20 | Telephonic Pharmacologic | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |

Run Date: 5/19/2021 02:55 PM

Page 15 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

### Client Account Ledger

**Client Name:** HUGHEY,DONNA

**Client ID :** 

**Selected Episode:** ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/10/20 | Telephonic Pharmacologic | 1.00 | $15.00 | UNITED BEI | 7601 | $15.00 | 15.00 | 1979586 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/22/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/22/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/22/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1974588 | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                                    Page 16 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**          HUGHEY,DONNA                                    Diagnosis History

**Client ID :**                                                          Graph of Charges and Payments By Month

**Selected Episode:**     ALL

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Telephonic Pharmacologic | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Telephonic Pharmacologic | 1.00 | $15.00 | UNITED BE | 7601 | $15.00 | 15.00 | 1984583 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/30/20 | Telephonic Individual The | 3.00 | $105.00 | UNITED BE | 7601 | $90.00 | 90.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/30/20 | Telephonic Individual The | 3.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/30/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BE | 7601 | $140.00 | 140.00 | 1974589 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/05/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1995842 | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                                    Page 17 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:** HUGHEY,DONNA

**Client ID :**

**Selected Episode:** ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/19/20 | Telephonic Individual The | 2.00 | $70.00 | UNITED BEI | 7601 | $70.00 | 70.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/19/20 | Telephonic FARS/CFARS | 1.00 | $35.00 | DCF/CFBHN | 1000 | $35.00 | 35.00 | 1995842 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/19/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1988561 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/21/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1995842 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/04/20 | Telephonic Individual The | 4.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | Roll-Up | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                                    Page 18 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

**Client Account Ledger**

**Client Name:**       HUGHEY,DONNA                                    Diagnosis History
**Client ID :**
**Selected Episode:**   ALL                                            Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/04/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1999127 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/04/20 | Telephonic Mult Therapies | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/20/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $80.00 | 80.00 | 2004568 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/20/20 | Telephonic Pharmacologic | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 12/01/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 2024315 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 12/01/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 2024315 | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                       Page 19 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**          HUGHEY,DONNA                            Diagnosis History

**Client ID :**                                                  Graph of Charges and Payments By Month

**Selected Episode:**     ALL

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 01/06/21 | Telephonic Treatment Plan | 1.00 | $85.00 | UNITED BEI | 7601 | $85.00 | 85.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 01/06/21 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 2030472 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 01/06/21 | Telephonic Mult Therapies | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/11/21 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 2057713 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/11/21 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 2057713 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/11/21 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $80.00 | 80.00 | 2046921 | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                                      Page 20 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**       HUGHEY,DONNA                                    Diagnosis History

**Client ID :**

**Selected Episode:**   ALL                                           Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/11/21 | Telephonic Pharmacologic | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/09/21 | Telephonic Bio Psychosoc | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/09/21 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 2078987 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/09/21 | Telephonic Mult Therapies | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 05/06/21 | Telephonic Pharmacologic | 1.00 | $100.00 | UNITED BEI | 7601 | $100.00 | 18.42 | 2094522 | $81.58 |

Grand Totals    7,136.80    6,980.22

# sunstar
## EMERGENCY MEDICAL SERVICES

P. O. BOX 31074
TAMPA, FL 33631
(727) 582-2008

Tax ID:
NPI:

Patient name: HUGHEY, DONNA M
From:
To: LARGO MEDICAL CTR HOSPITAL

**\*\*Interested in minimizing future expenses?\*\***
**Join the Sunstar FirstCare Membership Plan.**
**For more information contact our office or visit**
**www.pinellascounty.org/firstcare**

DONNA M HUGHEY

**Run Number:** 20-382942
**Invoice date:** 08-Jun-2021
**Date of transport:** 05-Mar-2020

**Primary payer:**   UNITED HEALTHCARE

**Secondary payer:**   Bill Patient

| Charge Code | Description | Payer | Quantity | Unit Price | Payment Date | Amount |
|---|---|---|---|---|---|---|
| A0427SH | ALS1 Emergency Base Rate | | 1.0 | $675.65 | | $675.65 |
| A0425SH | Mileage per Loaded Mile | | 4.7 | $14.07 | | $66.13 |
| | Payment Check Insurance | UNITED HEALTHCARE | | | 21-Apr-2020 | -$648.87 |
| | Payment Check Insurance | UNITED HEALTHCARE | | | 21-Apr-2020 | -$45.72 |

**PLEASE PAY THIS AMOUNT**       **$47.19**

**Sunstar will file a claim with applicable insurance carriers on behalf of our customers.**
**Any remaining balance not covered by insurance is the responsibility of the customer.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\*\*\*DETACH THIS PORTION AND RETURN WITH YOUR PAYMENTTHANK YOU. \*\*\*
**FOR YOUR SECURITY CREDIT CARD PAYMENTS ARE NOT ACCEPTED VIA MAIL**
**Credit card convenience fee - ALL credit card payments will be charged a minimum convenience fee of $2.50 for each increment up to $100.00.**
**Online payments for ambulance service are available at http://www.pinellascounty.org/publicsafety/ambulance_billing.htm**
**or by calling our office at (727) 582-2008**

| PATIENT NAME | INVOICE DATE | | |
|---|---|---|---|
| **HUGHEY, DONNA M** | 08-Jun-2021 | **AMOUNT DUE** | **$ 47.19** |
| **RUN NUMBER** | **DATE OF TRANSPORT** | **PLEASE PAY BY** | |
| 20-382942 | 05-Mar-2020 | 08-Jun-2021 | **AMOUNT ENCLOSED** $ |

DONNA M HUGHEY

**MAKE CHECKS PAYABLE TO**
PINELLAS COUNTY EMS dba SUNSTAR EMS
P. O. BOX 31074
TAMPA, FL 33631

Communications concerning disputed debts and instruments tendered as full satisfaction of a disputed debt should be sent to
the following designated address: Sunstar Attn: Disputed Payments 12490 Ulmerton Rd, Largo, FL 33774

TAMPA BAY IMAGING - PINELLAS

7800 66 STREET NORTH SUITE 106

PINELLAS PARK, FLORIDA 33781

(727) 342-2363

Employer Identification Number:

## Patient Demographics

| | | | | | | |
|---|---|---|---|---|---|---|
| Chart #: | | SSN: | | Acct.Type: | Attorney | |
| Patient | DONNA M HUGHEY | Employment Status: | Retired | Gender: | Female | |
| Address: | | Student Status: | Unknown | DOB / Age: | 11/02/1964 | 56 years |
| | | Phone: | | Marital | Married | |
| | | | | Email: | | |
| Provider: | TAMPA BAY IMAGING LLC | | | | | |

## Current Insurance Information

## Responsible Party

| | | | | | |
|---|---|---|---|---|---|
| Name: | YOUNGBLOOD LAW FIRM | Email: | sean@youngbloodlaw.com | Address: | 360 CENTRAL AVE STE 1450 |
| | | | | | SAINT PETERSBURG, FLORIDA 33701 |

Primary Phone:        (727) 563-0909
Secondary Phone:     (727) 592-5316

Primary

Payer:
Address:

Phone:
Insured Name:
Insured DOB:

Address:

SSN:
Group Number:
Group Name:
Member ID:

## Transactions Posted

| Effective Date | Type/ Place of Service | Description/ Diagnoses | Status/ Rendering Provider | Unit | Debits | Credits | Bal/Unap |
|---|---|---|---|---|---|---|---|
| 03/13/2020 | Charge | 72148 MRI LUMBAR SPINE W/O DYE | Ready | 1 | $ 1,650.00 | | $ 1,650.00 |
| | 11 (Office) | M51.26 | TAMPA BAY IMAGING LLC | | | | |
| 12/24/2020 | Charge | 72141 MRI NECK SPINE W/O DYE | Ready | 1 | $ 1,650.00 | | $ 1,650.00 |
| | 11 (Office) | M54.2 | TAMPA BAY IMAGING LLC | | | | |
| | | | Totals: | 2 | $ 3,300.00 | | $ 3,300.00 |

| | | | | |
|---|---|---|---|---|
| Total Charges: | $ 3,300.00 | | Current Patient | $ 3,300.00 |
| Patient Payments: | $ 0.00 | | Current Ins Balance: | $ 0.00 |
| Insurance | $ 0.00 | | Current Account | $ 3,300.00 |
| Total Adjustments: | $ 0.00 | | | |
| Total Unapplied: | $ 0.00 | | | |