IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

     Plaintiffs,

vs.                         `Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

     Defendant.

_____/

## DEFENDANT'S AMENDED NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that Defendant, WAL-MART STORES EAST, LP, will take the deposition before a member of the firm of Musetta and Associates Reporting, Official Court Reporters and Notaries Public, or before some other person duly authorized to administer oaths, who is not of counsel to either of the parties or interested in the event of the cause:

| WITNESS | DATE & TIME | PLACE |
|---------|-------------|-------|
| Donna M. Hughey | Wednesday, January 19, 2022 – 9:30 am | *Via Zoom* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 7th day of January, 2022.

*/s/ Andrew S. Bolin, Esq., BCS*
Andrew S. Bolin, Esquire, BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
jec@bolin-law.com
amc@bolin-law.com

scr@bolin-law.com
Attorneys for Defendant

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

     Plaintiffs,

vs.                     `Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

     Defendant.

_____/

## DEFENDANT'S AMENDED NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that Defendant, WAL-MART STORES EAST, LP, will take the deposition before a member of the firm of Musetta and Associates Reporting, Official Court Reporters and Notaries Public, or before some other person duly authorized to administer oaths, who is not of counsel to either of the parties or interested in the event of the cause:

| WITNESS | DATE & TIME | PLACE |
|---|---|---|
| Christopher Hughey | Wednesday, January 19, 2022 – 11:30 am | *Via Zoom* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 7th day of January, 2022.

/s/ *Andrew S. Bolin, Esq., BCS*
Andrew S. Bolin, Esquire, BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
jec@bolin-law.com
amc@bolin-law.com

scr@bolin-law.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,
        Plaintiff,

vs.                                                          Case No.:    8:22-cv-00278-SDM-SPF

WAL-MART STORES EAST, LP,

        Defendant.
_____/

## DEFENDANT'S NOTICE IN COMPLIANCE WITH ORDER TO SHOW CAUSE

Defendant, WAL-MART STORES EAST, LP, by and through the undersigned counsel, hereby files this Notice in Compliance with Order to Show Cause and states the following:

1. This matter arises from an incident in which Plaintiff alleges that she was struck by an online grocery cart on March 5, 2020.

2. The case was initially filed in the Sixth Judicial Circuit Court in and for Pinellas County.

3. On February 2, 2022, Defendant removed the matter to federal court.

4. The basis of the removal was Plaintiff Donna Hughey's admission in her response to No. 7 of Defendant's Request for Admission that she is claiming damages over $75,000 filed on January 3, 2022.  See Pl's Resp. to Def.'s Request for Admissions and Incorporated Interrogatories Responses, Doc No. 1:7.

5. Where Defendant requested an itemized breakdown of the damages sought in letter (c) of its incorporated interrogatories, Plaintiff stated, "Please see Answers to Interrogatories and Response to Request for Production for itemized breakdown. Plaintiff[s] is seeking damages regarding medical expenses (past and unknown future expenses; including liens associated with medical expenses), pain and suffering (past and future), and Loss of Consortium."

6. However, Plaintiffs have yet to serve their responses to Defendant's Premises Liability Interrogatories, Request for Production, Medicare and Social Security Disability Reporting Interrogatories and Request to Produce, and Social Media Interrogatories and Request to Produce.

7. The discovery requests were propounded upon Plaintiff on December 17, 2021. Defendant has made good faith attempts to obtain these responses to no avail.

8. As such, the breakdown of the expenses is not available to Defendant until the outstanding discovery responses are served. However, request for admissions is a proper method to ascertain the amount in controversy for removal purposes. Steele v. Underwriters Adjusting Co., Inc., 649 F. Supp. 1414 (M.D. Ala. 1986); Bonnell v. Seaboard Air Line Railroad Co., 202 F. Supp. 53 (N.D. Fla. 1962).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to: T. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on May 23, 2022.

_/s/ Andrew S. Bolin, Esq., BCS_
Andrew S. Bolin, Esq., BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
_Bolin Law Group_
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
amc@bolin-law.com
vli@bolin-law.com
bolinpleadings@bolin-law.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,
      Plaintiff,

vs.                             Case No.:    8:22-cv-00278-SDM-SPF

WAL-MART STORES EAST, LP,

      Defendant.
_____/

## DEFENDANT WAL-MART STORES EAST LP'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

      Defendant, WAL-MART STORES EAST, LP, a foreign corporation, d/b/n

Florida, by and through its undersigned attorney, and pursuant to Federal Rule of Civil

Procedure 26, and hereby makes its amended initial disclosures as follows:

**Rule 26(a)(1)(A)(i) Disclosures:**

1.  Lorie Meilhammer, Former Wal-Mart Store Associate
    c/o Bolin Law Group
    1905 E. 7th Avenue
    Tampa, Florida 33605
    (813) 848-0600

    General knowledge of the incident, as well as policies and procedures relating
    to the use of online grocery pick carts.

2.  Michael Christena, Former Wal-Mart Asset Protection Assistant Manager
    c/o Bolin Law Group
    1905 E. 7th Avenue
    Tampa, Florida 33605
    (813) 848-0600

    General knowledge of the incident.

3. All parties to this lawsuit.

4. Counsel to all parties in this lawsuit.

5. Plaintiff's treating medical providers including physicians, nurses, technicians and other medical personnel.

6. Witnesses identified by other parties that may have information on the claim against Defendant Wal-Mart.

**Rule 26(a)(1)(A)(ii) Disclosures:**

1. Defendant Wal-Mart will use any and all records produced to the Plaintiff by the Defendant pursuant to Plaintiff's Interrogatories and any Requests for Productions issued to the Defendant.

2. Defendant Wal-Mart will use any and all records produced to the Defendant by the Plaintiff pursuant to Plaintiff's Responses to Defendant's Premises Liability Interrogatories, and Requests to Produce.

3. Defendant's counsel can confirm the current information according to the records of Defendant Wal-Mart at the address below:

   Bolin Law Group
   1905 E. 7th Avenue
   Tampa, Florida 33605
   (813) 848-0600

**Rule 26(a)(1)(A)(iii) Disclosures:** N/A

**Rule 26(a)(1)(A)(iv) Disclosures:** N/A

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to: T. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on February 28, 2022.

<u>*/s/ Andrew S. Bolin, Esq., BCS*</u>
Andrew S. Bolin, Esq., BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
amc@bolin-law.com
vio@bolin-law.com
jec@bolin-law.com
Attorneys for Defendant

Filing # 138830799 E-Filed 11/18/2021 03:58:53 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

     Plaintiffs,

vs.                        `Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

     Defendant.

_____/

## DEFENDANT'S DESIGNATION OF E-MAIL ADDRESSES PURSUANT TO RULE 2.516 OF THE FLORIDA RULES OF JUDICIAL ADMINISTRATION

     The undersigned counsel for Defendant, WAL-MART STORES EAST, LP, designates the

following e-mail addresses:

     jec@bolin-law.com
     amc@bolin-law.com
     scr@bolin-law.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and

sean@youngbloodlaw.com on this 18th day of November 2021.

                         */s/ Andrew S. Bolin, Esq., BCS*
                         Andrew S. Bolin, Esquire, BCS
                         Florida Bar No. 0569097
                         Christie Alisca, Esquire
                         Florida Bar No. 124020
                         *Bolin Law Group*
                         1905 E. 7th Avenue
                         Tampa, FL 33605
                         T: (813) 848-0600; F: (813) 848-0090
                         jec@bolin-law.com
                         amc@bolin-law.com
                         scr@bolin-law.com
                         Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

     Plaintiffs,

                                   CASE NO.:8:22-cv-00278-SDM-SPF

vs.

WAL-MART STORES EAST, LP,

     Defendant.

_____/

## NOTICE OF RELATED ACTIONS

In accordance with *Local Rule 1.07(c)*, I certify that the instant action:

| | |
|---|---|
| _____ IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: |
| | N/A _____ |
| ___X___ IS NOT | related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. |

I further certify that a copy of this NOTICE OF PENDENCY OF OTHER

ACTIONS will be served upon each party as indicated hereinbelow.

_____

**T. Patton Youngblood Jr., Esq**
Florida Bar No. 0849243
*Lead Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via CM/ECF on this 14th day of March, 2022.

By: _____
T. PATTON YOUNGBLOOD, JR., ESQ.
Fla. Bar No. 0849243
*Lead Counsel*
YOUNGBLOOD LAW FIRM
First Central Tower
360 Central Avenue, Suite 800
St. Petersburg, Florida  33701
Telephone: (727) 563-0909 or (813) 258-5883
Facsimile:  (727) 592-5316
Primary:     patton@youngbloodlaw.com
Secondary:  sean@youngbloodlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

       Plaintiffs,

                               CASE NO.:8:22-cv-00278-SDM-SPF

vs.

WAL-MART STORES EAST, LP,

       Defendant.

_____/


## PLAINTIFFS, DONNA M. HUGHEY and CHRISTOPHER HUGHEY'S, LOCAL RULE 3.03 DISCLOSURE STATEMENT


Plaintiffs, DONNA M. HUGHEY and CHRISTOPHER HUGHEY, pursuant

to Local Rule 3.03, hereby provide the following Disclosure Statement:

(a)(1)      The name of each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;

      -  **Plaintiffs' Attorneys**
             o  **T. Patton Youngblood, Jr, Esq.**
             o  **Sean C. Youngblood, Esq.**
             o  **Youngblood Law Firm**
                **360 Central Ave, Suite 800**
                **St. Petersburg, FL 33701**

- **Defendant's Attorneys**
  - o **Andrew S. Bolin, Esq.**
  - o **Christie Alisca, Esq.**
  - o **Bolin Law Group**
    **1905 E 7th Avenue**
    **Tampa, FL 33605**

(2)   The name of each entity with publicly traded shares or debt potentially affected by the outcome;

**Defendant, WAL-MART STORES EAST, LP**

**Wal-Mart Stores, Inc**.

(3)   The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**None.**

(4)   The name of each person arguably eligible for restitution.

**Plaintiff, DONNA M. HUGHEY**

**Plaintiff, CHRISTOPHER HUGHEY**

(b) I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

_____
**T. Patton Youngblood Jr., Esq**
Florida Bar No. 0849243
**Sean C. Youngblood, Esq**
Florida Bar No. 1011139

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

electronically filed via CM/ECF on this 14th day of March, 2022.

By: _____

T. PATTON YOUNGBLOOD, JR., ESQ.
Fla. Bar No. 0849243
YOUNGBLOOD LAW FIRM
First Central Tower
360 Central Avenue, Suite 800
St. Petersburg, Florida  33701
Telephone: (727) 563-0909 or (813) 258-5883
Facsimile:  (727) 592-5316
Primary:     patton@youngbloodlaw.com
Secondary:  sean@youngbloodlaw.com
*Attorneys for Plaintiffs*

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Donna M. Hughey and Christopher Hughey | Wal-Mart Stores East, L.P. |
| **(b)** County of Residence of First Listed Plaintiff    Pinellas | County of Residence of First Listed Defendant    Benton |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
| T. Patton Youngblood, Jr., Esq., Youngblood Law Firm, 360 Central Avenue, Suite 800, St. Petersburg, FL 33701 (727) 563-0909 | Andrew Bolin, Esq., Christie Alisca, Esq., Bolin Law Group, 1905 E. 7th Ave., Tampa, FL 33605, (813) 848-0600 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government    Plaintiff
- ☐ 3   Federal Question    *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government    Defendant
- ☒ 4   Diversity    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1332

Brief description of cause:
premises liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/26/2022 | /s/ Andrew Bolin, Esq. |

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,
     Plaintiff,

vs.                              Case No.:   8:22-cv-00278-SDM-SPF

WAL-MART STORES EAST, LP,

     Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSON
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **Donna M. Hughey – Plaintiff**

    **Christopher Hughey – Plaintiff**

    **Sean Youngblood, Esq. – Plaintiff's Attorneys**
    **T. Patton Youngblood, Esq.**
    **Youngblood Law Firm**
    **First Central Tower**
    **360 Central Avenue, Suite 800**
    **St. Petersburg, FL 33701**

    **Wal-Mart Stores East, LP – Defendant**

**Andrew S. Bolin, Esquire – Defendant's Attorneys**
**Christie Alisca, Esquire**
**Bolin Law Group**
**1905 East 7th Avenue**
**Tampa, FL 33605**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Wal-Mart Stores, Inc.**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**N/A**

4.) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Donna M. Hughey – Plaintiff**
**Christopher Hughey – Plaintiff**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

*/s/ Andrew S. Bolin, Esq., BCS*
Andrew S. Bolin, Esq., BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
amc@bolin-law.com
vli@bolin-law.com
jec@bolin-law.com
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to: T. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on February 28, 2022.


*/s/ Andrew S. Bolin, Esq., BCS*
Andrew S. Bolin, Esq., BCS

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,
      Plaintiff,

vs.                              Case No.:    8:22-cv-00278-SDM-SPF

WAL-MART STORES EAST, LP,

      Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I do certify that the instant action:

____IS          related to pending or closed civil or criminal cases(s) previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

                        _____

                        _____

__X__IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

DATED this _ day of February, 2022

                        /s/ *Andrew S. Bolin, Esquire*_____
                        **Andrew S. Bolin, Esquire**
                        Florida Bar No. 0569097
                        **Christie Alisca, Esquire**
                        Florida Bar No. 124020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on February 28, 2022.

*/s/ Andrew S. Bolin, Esq., BCS*
Andrew S. Bolin, Esq., BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
amc@bolin-law.com
vli@bolin-law.com
jec@bolin-law.com
Attorneys for Defendant

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

     Plaintiffs,

vs.                            Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

     Defendant.

_____/

**NOTICE OF FILING**

     Defendant, WAL-MART STORES, EAST, LP, hereby files its Notice of Removal to Federal Court.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 2nd day of February, 2022.

                        */s/ Andrew S. Bolin, Esq., BCS*
                        Andrew S. Bolin, Esquire, BCS
                        Florida Bar No. 0569097
                        Christie Alisca, Esquire
                        Florida Bar No. 124020
                        *Bolin Law Group*
                        1905 E. 7th Avenue
                        Tampa, FL 33605
                        T: (813) 848-0600; F: (813) 848-0090
                        jec@bolin-law.com
                        amc@bolin-law.com
                        scr@bolin-law.com
                        Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

vs.                      Case No.:

WAL-MART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

DEFENDANT, WAL-MART STORES, EAST, L.P. ("WAL-MART"), by and through its undersigned attorney, pursuant to 28 U.S.C. §1446(a) hereby files this Notice of Removal from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, based on diversity jurisdiction as set forth in 28 U.S.C. §1332(a), and in support thereof states:

1.     The federal district court has jurisdiction of any "civil actions in which the matter in controversy exceeds the sum or value of $75,000 . . . and is between – citizens of different states." 28 U.S.C. §1332(a)(1).

## COMPLETE DIVERSITY EXISTS AMONGST THE PLAINTIFFS AND DEFENDANT

2.     Wal-Mart is a foreign limited partnership which for the purposes of diversity jurisdiction under 28 U.S.C. 1332(c)(1), is, and was at the time the above captioned case was filed in State Court, a "resident" of Arkansas and Delaware.

3.      WSE Management, LLC is the general partner and WSE Investment, LLC is the limited partner of Wal-Mart. WSE Management, LLC and WSE Investment, LLC were at the time of filing the Complaint, and still are, Delaware limited liability companies.

4.      The sole member of WSE Management, LLC and WSE Investment, LLC is, and was at the time of the filing of the Complaint, Wal-Mart Stores East, LLC, an Arkansas Limited Liability Company.

5.      The sole member of Wal-Mart Stores East, LLC is, and was at the time of filing the Complaint, Wal-Mart Stores, Inc.

6.      Wal-Mart Stores Inc., is, and was at the time of the filing of the Complaint, an incorporated entity under the laws of the State of Delaware.

7.      The principal place of business for all of the above mentioned entities (Wal- Mart Stores East, LP; WSE Management, LLC; WSE Investment, LLC; Wal-Mart Stores, LLC; and Wal-Mart Stores, Inc.) is, and was at the time of the filing of the Complaint, Bentonville, Arkansas.

8.      Hence, Wal-Mart Stores East, LP, is a citizen of both Delaware and Arkansas, and is not a citizen of Florida.

9.      Plaintiffs allege in their Complaint that they are residents of Florida.

10.     Therefore, as the Plaintiffs are residents of Florida, and Wal-Mart Stores East, LP, is a citizen of Arkansas and Delaware, complete diversity exists under 28 U.S.C. §1332.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

11.     The Plaintiffs seek money damages for alleged personal injuries that exceed $75,000.00. Wal-Mart specifically denies the Plaintiffs' entitlement to said damages.

12.     Pursuant to 28 U.S.C. § 1446(b), a defendant may remove a case from a State court within thirty days following receipt of "an amended pleading, motion, order or other paper" rendering the action removable.

13.     A removing defendant bears the burden of proving that federal jurisdiction exists by presenting documents that "contain an unambiguous statement that clearly establishes federal jurisdiction." Lowery v. Alabama Power, 483 F.3d 1184, 1218 (11th Cir. 2007).

14.     The Plaintiffs' admission through their Response to Defendant's Request for Admissions is a clear and unambiguous statement that establishes that the amount in controversy exceeds $75,000, allowing for removal if complete diversity exists. See, Exhibit A.

## CONCLUSION

15.     Therefore, Defendant would ask the Court to accept the Plaintiffs' Response to Defendant's Request for Admissions as sufficient evidence of the amount in controversy and would respectfully request removal of this case to Federal Court pursuant to 28 U.S.C. §1146(b), as jurisdiction is proper because complete diversity exists and the amount in controversy exceeds $75,000.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 2nd day of February, 2022.

<div style="margin-left:40%">

*/s/ Andrew S. Bolin, Esq., BCS*
Andrew S. Bolin, Esquire, BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
jec@bolin-law.com
amc@bolin-law.com
scr@bolin-law.com
Attorneys for Defendant

</div>

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT**
**OF THE STATE OF FLORDIA, IN AND FOR PINELLAS COUNTY**
**CIVIL DIVISION**

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

                                        CASE NO.:    21-CA-004877

vs.

WAL-MART STORES EAST, LP,

      Defendant.

_____/

**PLAINTIFF, DONNA M. HUGHEY'S, RESPONSE TO**
**DEFENDANT'S REQUEST FOR ADMISSIONS AND INCORPORATED**
**INTERROGATORIES TO PLAINTIFFS**

      Plaintiffs, DONNA M. HUGHEY and CHRISTOPHER HUGHEY, by and through

undersigned counsel; pursuant to 1.370, Fla.R.Civ.P., files the following responses to Defendant's

Request for Admissions, propounded on December 17, 2021:

1.  Admit that Plaintiffs, at all times material to the incident that makes up the basis for the
     Complaint, had a permanent, physical residence and were domiciled in Florida.

     **Admitted.**

2.  Admit that Plaintiffs currently have a permanent, physical residence and are domiciled in
     Florida.

     **Admitted.**

3.  Admit that the Plaintiffs, at all times material to the incident that makes up the basis for
     the Complaint, had no plans to move out of the State of Florida.

     **Admitted.**

4.  Admit that the Plaintiffs currently have no plans to move out of the State of Florida.

     **Admitted.**

Exhibit "A"

5. Admit that the Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, were citizens of the State of Florida and were domiciled in the State of Florida.

   **Admitted.**

6. Admit that Plaintiffs are currently citizens of the State of Florida.

   **Admitted.**

7. Admit that the Plaintiffs are alleging damages in excess of $75,000.00

   **Admitted.**

<div align="center">INTERROGATORIES</div>

a.     If the Plaintiffs did have plans to move out of the State of Florida, please provide where the Plaintiffs were planning to move.

   **Plaintiffs did not have plans to move out of state.**

b.     If the Plaintiffs do currently have plans to move out of the State of Florida, please provide where the Plaintiffs are planning to move.

   **Plaintiffs do not have plans to move out of state.**

c.     If the Plaintiffs are alleging damages in excess of $75,000.00, please provide an itemized breakdown of the damages that the Plaintiffs are seeking.

   **Please see Answers to Interrogatories and Response to Request for Production for itemized breakdown. Plaintiffs is seeking damages regarding medical expenses (past and unknown future expenses; including liens associated with medical expenses), pain and suffering (past and future), and Loss of Consortium.**

<div align="center">**<u>CERTIFICATE OF SERVICE</u>**</div>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the Florida Courts E-filing Portal, at www.myflcourtaccess.com, which will serve all counsel of record by email at the address(es) designated thereby, this 3rd day of  January, 2022.

By: _____
       T. PATTON YOUNGBLOOD, JR., ESQ.

Fla. Bar No. 0849243
Youngblood Law Firm
First Central Tower
360 Central Avenue, Suite 800
St. Petersburg, Florida   33701
Telephone: (727) 563-0909
Facsimile:  (727) 592-5316
Primary:     patton@youngbloodlaw.com
Secondary: sean@youngbloodlaw.com
*Attorneys for Plaintiff*

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

vs.                             Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

      Defendant.

_____/

## **NOTICE OF FILING**

      Defendant, WAL-MART STORES, EAST, LP, hereby files its Second Notice of Removal

to Federal Court.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and

sean@youngbloodlaw.com on this 15th day of June, 2022.

                                */s/ Andrew S. Bolin, Esq., BCS*
                                Andrew S. Bolin, Esquire, BCS
                                Florida Bar No. 0569097
                                Christie Alisca, Esquire
                                Florida Bar No. 124020
                                *Bolin Law Group*
                                1905 E. 7th Avenue
                                Tampa, FL 33605
                                T: (813) 848-0600; F: (813) 848-0090
                                bolinpleadings@bolin-law.com
                                amc@bolin-law.com
                                vli@bolin-law.com
                                Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

vs.                         Case No.:

WAL-MART STORES EAST, LP,

      Defendant.

_____/

## **DEFENDANT'S SECOND NOTICE OF REMOVAL**

DEFENDANT, WAL-MART STORES, EAST, L.P. ("WAL-MART"), by and through its undersigned attorney, pursuant to 28 U.S.C. §1446(a) hereby files this Second Notice of Removal from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, based on diversity jurisdiction as set forth in 28 U.S.C. §1332(a), and in support thereof states:

1.     The federal district court has jurisdiction of any "civil actions in which the matter in controversy exceeds the sum or value of $75,000 . . . and is between – citizens of different states." 28 U.S.C. §1332(a)(1).

## **COMPLETE DIVERSITY EXISTS AMONGST THE PLAINTIFFS AND DEFENDANT**

2.     Wal-Mart is a foreign limited partnership which for the purposes of diversity jurisdiction under 28 U.S.C. 1332(c)(1), is, and was at the time the above captioned case was filed in State Court, a "resident" of Arkansas and Delaware.

3.     WSE Management, LLC is the general partner and WSE Investment, LLC is the limited partner of Wal-Mart. WSE Management, LLC and WSE Investment, LLC were at the time of filing the Complaint, and still are, Delaware limited liability companies.

4.     The sole member of WSE Management, LLC and WSE Investment, LLC is, and was at the time of the filing of the Complaint, Wal-Mart Stores East, LLC, an Arkansas Limited Liability Company.

5.     The sole member of Wal-Mart Stores East, LLC is, and was at the time of filing the Complaint, Wal-Mart Stores, Inc.

6.     Wal-Mart Stores Inc., is, and was at the time of the filing of the Complaint, an incorporated entity under the laws of the State of Delaware.

7.     The principal place of business for all of the above mentioned entities (Wal- Mart Stores East, LP; WSE Management, LLC; WSE Investment, LLC; Wal-Mart Stores, LLC; and Wal-Mart Stores, Inc.) is, and was at the time of the filing of the Complaint, Bentonville, Arkansas.

8.     Hence, Wal-Mart Stores East, LP, is a citizen of both Delaware and Arkansas, and is not a citizen of Florida.

9.     Plaintiffs allege in their Complaint that they are residents of Florida.

10.    Therefore, as the Plaintiffs are residents of Florida, and Wal-Mart Stores East, LP, is a citizen of Arkansas and Delaware, complete diversity exists under 28 U.S.C. §1332.

2

## <u>THE AMOUNT IN CONTROVERSY EXCEEDS $75,000</u>

11.    The Plaintiffs seek money damages for alleged personal injuries that exceed $75,000.00. Wal-Mart specifically denies the Plaintiffs' entitlement to said damages.

12.    Pursuant to 28 U.S.C. § 1446(b), a defendant may remove a case from a State court within thirty days following receipt of "an amended pleading, motion, order or other paper" rendering the action removable.

13.    A removing defendant bears the burden of proving that federal jurisdiction exists by presenting documents that "contain an unambiguous statement that clearly establishes federal jurisdiction." Lowery v. Alabama Power, 483 F.3d 1184, 1218 (11th Cir. 2007).

14.    The Plaintiffs' admission through their Response to Defendant's Request for Admissions is a clear and unambiguous statement that establishes that the amount in controversy exceeds $75,000, allowing for removal if complete diversity exists. See, Exhibit A. Further, Plaintiff's medical bills from the alleged subject incident, totaling over $75,000.00, are attached hereto as Composite Exhibit B and were produced by Plaintiff in discovery on May 25, 2022.

## <u>CONCLUSION</u>

15.    Therefore, Defendant would ask the Court to accept the Plaintiffs' Response to Defendant's Request for Admissions, together with the attached medical bills, as sufficient evidence of the amount in controversy and would respectfully request removal of this case to Federal Court pursuant to 28 U.S.C. §1146(b), as

3

jurisdiction is proper because complete diversity exists and the amount in controversy exceeds $75,000.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 15th day of June, 2022.

/s/ Andrew S. Bolin, Esq., BCS
Andrew S. Bolin, Esquire, BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
bolinpleadings@bolin-law.com
amc@bolin-law.com
vli@bolin-law.com
Attorneys for Defendant

4

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORDIA, IN AND FOR PINELLAS COUNTY
CIVIL DIVISION**

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

                                      CASE NO.:    21-CA-004877

vs.

WAL-MART STORES EAST, LP,

      Defendant.

_____/

**PLAINTIFF, DONNA M. HUGHEY'S, RESPONSE TO
DEFENDANT'S REQUEST FOR ADMISSIONS AND INCORPORATED
INTERROGATORIES TO PLAINTIFFS**

    Plaintiffs, DONNA M. HUGHEY and CHRISTOPHER HUGHEY, by and through

undersigned counsel; pursuant to 1.370, Fla.R.Civ.P., files the following responses to Defendant's

Request for Admissions, propounded on December 17, 2021:

1. Admit that Plaintiffs, at all times material to the incident that makes up the basis for the
   Complaint, had a permanent, physical residence and were domiciled in Florida.

   **Admitted.**

2. Admit that Plaintiffs currently have a permanent, physical residence and are domiciled in
   Florida.

   **Admitted.**

3. Admit that the Plaintiffs, at all times material to the incident that makes up the basis for
   the Complaint, had no plans to move out of the State of Florida.

   **Admitted.**

4. Admit that the Plaintiffs currently have no plans to move out of the State of Florida.

   **Admitted.**

Exhibit "A"

5. Admit that the Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, were citizens of the State of Florida and were domiciled in the State of Florida.

   **Admitted.**

6. Admit that Plaintiffs are currently citizens of the State of Florida.

   **Admitted.**

7. Admit that the Plaintiffs are alleging damages in excess of $75,000.00

   **Admitted.**


## INTERROGATORIES

a.      If the Plaintiffs did have plans to move out of the State of Florida, please provide where the Plaintiffs were planning to move.

   **Plaintiffs did not have plans to move out of state.**

b.      If the Plaintiffs do currently have plans to move out of the State of Florida, please provide where the Plaintiffs are planning to move.

   **Plaintiffs do not have plans to move out of state.**

c.      If the Plaintiffs are alleging damages in excess of $75,000.00, please provide an itemized breakdown of the damages that the Plaintiffs are seeking.

   **Please see Answers to Interrogatories and Response to Request for Production for itemized breakdown. Plaintiffs is seeking damages regarding medical expenses (past and unknown future expenses; including liens associated with medical expenses), pain and suffering (past and future), and Loss of Consortium.**


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the Florida Courts E-filing Portal, at www.myflcourtaccess.com, which will serve all counsel of record by email at the address(es) designated thereby, this 3rd day of  January, 2022.

By: _____
T. PATTON YOUNGBLOOD, JR., ESQ.

Fla. Bar No. 0849243
YOUNGBLOOD LAW FIRM
First Central Tower
360 Central Avenue, Suite 800
St. Petersburg, Florida   33701
Telephone: (727) 563-0909
Facsimile:  (727) 592-5316
Primary:     patton@youngbloodlaw.com
Secondary: sean@youngbloodlaw.com
*Attorneys for Plaintiff*

**Patient Ledger**

Date Printed: 05/19/2021

**Diagnostic Imaging Consultants**

5136 Central Avenue
SAINT PETERSBURG, FL 33707-1833

Filters :

| Ticket No | Date | CPT Code | Transaction Description | Charges | Payment | Chg.Adj | Pymt Adj. | Balance |
|---|---|---|---|---|---|---|---|---|
| | | **Patient Information** | | | **Responsible Party Information** | | | |
| | | Name: | HUGHEY, DONNA | | YOUNGBLOOD LAW FIRM, THE | | | |
| | | Patient Number: | | | | | | |
| | | Address: | | | 360 CENTRAL AVE # 800 | | | |
| | | | | | SAINT PETERSBURG, FL 33701 | | | |
| | | Home Phone: | | | | | | |
| | | Work Phone: | | | (727)563-0909 | | | |
| | | Sex: | F | | M | | | |
| | | Birth Date: | 11/02/1964 | | 01/01/1969 | | | |
| | | Chart No.: | | | | | | |
| 102320 | | | | | | | | |
| | 03/16/2020 | 72148 | LUMBAR MRI W/O CONTRAST | $360.00 | $0.00 | $0.00 | $0.00 | $360.00 |
| | | | **Total for Ticket:** | **$360.00** | **$0.00** | **$0.00** | **$0.00** | **$360.00** |
| 115497 | | | | | | | | |
| | 12/28/2020 | 72141 | CERVICAL MRI W/O CONTRAST | $360.00 | $0.00 | $0.00 | $0.00 | $360.00 |
| | | | **Total for Ticket:** | **$360.00** | **$0.00** | **$0.00** | **$0.00** | **$360.00** |
| | | | **Total for Location:** | **$720.00** | **$0.00** | **$0.00** | **$0.00** | **$720.00** |
| **Grand Total:** | | | | **$720.00** | **$0.00** | **$0.00** | **$0.00** | **$720.00** |

Composite Exhibit "B"

# STATEMENT

**Florida Physical Medicine LLC-L**
**2200 West Bay Drive**
**Largo, FL 33770-1929**

Donna Hughey

ACCOUNT NUMBER: I
STATEMENT DATE: 05/25/2021
AMOUNT DUE: $0.00

AMOUNT
ENCLOSED:   **$**

☐ Please mark box and indicate any change in address on reverse side

--------------------------------(PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT)---------------------------

Statement Inquiries Number: (727)518-2977

| SERVICE DATE | DESCRIPTION OF TRANSACTION | CHARGES | INSURANCE PAYMENTS | INSURANCE ADJUSTMENTS | PATIENT PAYMENTS | BALANCE |
|---|---|---|---|---|---|---|
| 04/21/21 04/21/21 | Donna Hughey     Adam DiDio Inv # 116658 (LOP) 99204 Office/outpatient visit; new patient, level 4 Ins Pending - Pat Copay Due: $0.00 | $950.00 | | | | $950.00 |
| 05/05/21 05/05/21 | Donna Hughey     Adam DiDio Inv # 117182 (LOP) 99214 Office/outpatient visit; established patient, Ins Pending - Pat Copay Due: $0.00 | $500.00 | | | | $500.00 |

| STATEMENT DATE | LAST PAYMENT DATE | ACCOUNT NO. |
|---|---|---|
| 05/25/2021 | | |

| | |
|---|---|
| PLEASE PAY THIS AMOUNT | $0.00 |
| PENDING INSURANCE | $1,450.00 |
| ACCOUNT BALANCE | $1,450.00 |

Please make checks payable to Florida Physical Medicine, LLC

```
                          Hopkins Clinic
                        6231 66th Street North
                        Pinellas Park, FL 33781
                             727-544-3330


                          Daniel Roode
                     Monday December 21, 2020
```

Patient          : Donna Hughey
Itemized Statement: 03/09/2020 - 12/21/2020
DOB              : 11/02/1964
Onset date       : 03/05/2020


        Mail to:
        **Donna Hughey**



**Insured**                         **Insurance Carrier (primary)**


DOB:
Policy#:

**Attorney**                        **Employer**
Patton Youngblood
360 Central Ave.
Suite 1450
St Petersburg FL 33701

**Current Diagnosis**
R51       Headache (facial pain NOS)
S13.4XXA  Sprain of ligaments of cervical spine, initial encounte
S16.1XXA  Strain of muscle, fascia & tendon neck level, initial e
S23.3XXA  Sprain of ligaments of thoracic spine, initial encounte
S29.012A  Strain of muscle & tendon back wall of thorax, initial encounter
M99.02    Segmental and somatic dysfunction of thoracic region
S33.5XXA  Sprain of ligaments of lumbar spine, initial encounter
S39.012A  Strain of muscle, fascia & tendon lower back, initial encounter
S33.6XXA  Sprain of sacroiliac joint, initial encounter
M79.601   Pain in right arm
M62.838   Other muscle spasm
G89.11    Acute pain due to trauma

| Date | Description | Amount |
|------|-------------|--------|
| 03/09/20 | 99354 Extended Office visit | $ 275.00 |
| 03/09/20 | 99213 EST OV EXPAND PROB FOCS | $ 290.00 |
| 03/09/20 | 97535 SELF CARE INSTRUCTIONS | $ 65.00 |
| 03/09/20 | 99070 Home use hot/cold packs | $ 30.00 |
| 03/10/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 03/10/20 | 97010 hot or cold packs | $ 60.00 |
| 03/10/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 03/10/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 03/10/20 | 97140 2 units | $ 220.00 |
| 03/12/20 | 99213 EST OV EXPAND PROB FOCS | $ 290.00 |
| 03/12/20 | 97010 hot or cold packs | $ 60.00 |
| 03/12/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 03/12/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 03/12/20 | 97140 2 units | $ 220.00 |
| 03/17/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 03/17/20 | 97010 hot or cold packs | $ 60.00 |
| 03/17/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 03/17/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 03/17/20 | 97140 2 units | $ 220.00 |
| 03/17/20 | 97161 physical therapy | $ 240.00 |
| 03/17/20 | E0720 NU TENS unit 4+ lead purchase | $ 525.00 |
| 04/01/20 | 99441 telephone call 5- 10 mins | $ 65.00 |
| 05/06/20 | 99213 EST OV EXPAND PROB FOCS | $ 290.00 |
| 05/06/20 | 97010 hot or cold packs | $ 60.00 |
| 05/06/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/06/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |

Page 2   Patient: Donna Hughey

| Date | Description | Amount |
|------|-------------|--------|
| 05/06/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 05/12/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/12/20 | 97010 hot or cold packs | $ 60.00 |
| 05/12/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/12/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/12/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/12/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/12/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/12/20 | S8948 Laser Therapy | $ 130.00 |
| 05/14/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/14/20 | 97010 hot or cold packs | $ 60.00 |
| 05/14/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/14/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/14/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/14/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/14/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/14/20 | S8948 Laser Therapy | $ 130.00 |
| 05/19/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/19/20 | 97010 hot or cold packs | $ 60.00 |
| 05/19/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/19/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/19/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/19/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/19/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/19/20 | S8948 Laser Therapy | $ 130.00 |
| 05/21/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/21/20 | 97010 hot or cold packs | $ 60.00 |
| 05/21/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/21/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/21/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/21/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/21/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/21/20 | S8948 Laser Therapy | $ 130.00 |
| 05/21/20 | 97110 -59 THERAPEUTIC EXERCISES 1 UNIT | $ 110.00 |
| 05/21/20 | 97535 SELF CARE INSTRUCTIONS | $ 65.00 |
| 05/26/20 | 99212 EST OV PROBLEM FOCUSED | $ 125.00 |
| 05/26/20 | 97010 hot or cold packs | $ 60.00 |
| 05/26/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/26/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/26/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/26/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/26/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/26/20 | 97140 manual therapy 1 unit | $ 110.00 |
| 05/26/20 | S8948 Laser Therapy | $ 130.00 |
| 05/26/20 | 97110 -59 THERAPEUTIC EXERCISES 1 UNIT | $ 110.00 |
| 05/28/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 05/28/20 | 97010 hot or cold packs | $ 60.00 |
| 05/28/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 05/28/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 05/28/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 05/28/20 | A4556 1 disposable Electrodes | $ 3.00 |
| 05/28/20 | 97035 -52 ULTRASOUND (15 MINS) | $ 95.00 |
| 05/28/20 | 97140 -59 manual therapy 1 unit | $ 110.00 |
| 05/28/20 | S8948 Laser Therapy | $ 130.00 |
| 06/02/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 06/02/20 | 97010 hot or cold packs | $ 60.00 |
| 06/02/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 06/02/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 06/02/20 | 97140 -59 manual therapy 1 unit | $ 110.00 |
| 06/02/20 | S8948 Laser Therapy | $ 130.00 |
| 06/04/20 | 99212 -25 EST OV PROBLEM FOCUSED | $ 125.00 |
| 06/04/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 06/04/20 | 97010 hot or cold packs | $ 60.00 |
| 06/04/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 06/04/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 06/04/20 | A4556 4 DISPOSABLE ELECTRODES | $ 12.00 |
| 06/04/20 | 97140 -59 2 units | $ 220.00 |
| 06/04/20 | S8948 Laser Therapy | $ 130.00 |
| 06/04/20 | 97110 -59 THERAPEUTIC EXERCISES 1 UNIT | $ 110.00 |
| 06/23/20 | 99212 -25 EST OV PROBLEM FOCUSED | $ 125.00 |
| 06/23/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 06/23/20 | 97010 hot or cold packs | $ 60.00 |
| 06/23/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 06/23/20 | 97140 -59 manual therapy 1 unit | $ 110.00 |
| 07/23/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |

Page 3   Patient: Donna Hughey

| Date | Description | Amount |
|------|-------------|--------|
| 07/23/20 | 97010 hot or cold packs | $ 60.00 |
| 07/23/20 | 97140 -59 manual therapy 1 unit | $ 110.00 |
| 07/23/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 08/05/20 | 98941 Spinal Manipulation 3-4 Areas | $ 135.00 |
| 08/05/20 | 97010 hot or cold packs | $ 60.00 |
| 08/05/20 | G0283 97014 ELECTRIC MUSCLE STIMULATION | $ 85.00 |
| 08/05/20 | A4556 8 DISPOSABLE ELECTRODES | $ 24.00 |
| 08/05/20 | 97140 -59 2 units | $ 220.00 |
| 08/05/20 | 97012 DECOMPRESSION TRACTION | $ 80.00 |
| 09/14/20 | 99214 -25 EST OV DETAILED | $ 650.00 |
| 09/14/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 09/14/20 | 97010 hot or cold packs | $ 60.00 |
| 09/14/20 | 97140 -59 2 units | $ 220.00 |
| 10/28/20 | 99212 -25 EST OV PROBLEM FOCUSED | $ 125.00 |
| 10/28/20 | 98940 Spinal Manipulation 1-2 Areas | $ 110.00 |
| 10/28/20 | 97010 hot or cold packs | $ 60.00 |
| 10/28/20 | 97140 -59 2 units | $ 220.00 |
| 12/16/20 | 99214 EST OV DETAILED | $ 650.00 |

```
Total Sales Tax           : $      0.00
Total Late Charges        : $      0.00
Total Interest Charges    : $      0.00
Patients-Cash Rcvd        : $      0.00
Patients-Chks Rcvd        : $      0.00
Patients-Crdt Crd         : $      0.00
Payer Payments            : $      0.00

Total Charges             : $12927.00
Total Received            : $      0.00
Total Adjustment          : $      0.00
Balance (based on search) : $12927.00
```

| User: QBE6275 | Financial Transaction Listing<br>By Entry Date | 07/16/2021<br>10:58 am |
|---|---|---|

Facility: **00144**    Largo Medical Center

Patient: **HUGHEY DONNA M**

| Facility | Acct Number | Entry Date | Trans Date | ProcCode | Type | Amount | Payer | Comment |
|---|---|---|---|---|---|---|---|---|
| 00144 | | 03/20/2020 | 03/20/2020 | 30349 | 01 | $-1,184.00 | 92363 | ERA UN P  03/23/20 |
| | | | | | | | | ICN:  AY87297796 0112518067 |
| 00144 | | 03/10/2020 | 03/05/2020 | 999999 | 05 | $-2,773.85 | 92363 | CONTRACTUAL ADJ CC |
| 00144 | | 03/07/2020 | 03/05/2020 | 675002 | 06 | $3,220.92 | | LVL 3 EMER DEPT |
| 00144 | | 03/05/2020 | 03/05/2020 | 684772 | 06 | $-478.42 | | UA W O MICRO AUTO |
| 00144 | | 03/05/2020 | 03/05/2020 | 684772 | 06 | $478.42 | | UA W O MICRO AUTO |
| 00144 | | 03/05/2020 | 03/05/2020 | 684770 | 06 | $478.42 | | UA W MICRO AUTO |
| 00144 | | 03/05/2020 | 03/05/2020 | 703870 | 06 | $258.51 | | ONDANSETRON 4 MG PO |

Account Total: **$0.00**

Facility Total for  **00144 - Largo Medical Center :**    **$0.00**

Report Total:   **$0.00**

**- CONFIDENTIAL -**

Type 01= Payment, 04= Adjustment, 05= Allowance, 06= Charge

This is the balance owed as of today's date.
This may not reflect all payments and/or adjustments to the account.
1 of 1

**MRI Associates of Palm Harbor INC**

**Patient Activity Statement**

**Patient Information.**                                    **Patient Account #:**

Hughey, Donna

| Encounter | Date | Code | Description | Amount |
|---|---|---|---|---|
| 464792 | 04/30/2021 | 72146 | MRI T-SPINE W/O CONTRAST | $2,440.00 |
| 464792 | 04/30/2021 | 72141 | MRI C-SPINE W/O CONTRAST | $2,440.00 |
| | | | Total | $4,880.00 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days | Balance |
|---|---|---|---|---|---|
| $4,880.00 | 0.00 | 0.00 | 0.00 | 0.00 | $4,880.00 |

| Coverage | Company | Expiration | Policy | Group |
|---|---|---|---|---|
| P | YOUNGBLOOD LAW FIRM | | PREMISE LIABILITY | |

PINELLAS MEDICAL ASSOCIATES
Hughey, Donna M

| Claim No | Date | Description | Charges | Payments | Adjust | WithHeld | Pt Bal | Ins Bal |
|---|---|---|---|---|---|---|---|---|
| 276610 | 9/29/2021 | Charges (Pr:ARN Fac: Main) | 548 | | | | 0 | 548 |
| 276392 | 9/27/2021 | Charges (Pr:ANII Fac: Main) | 2,500.00 | | | | 0 | 2,500.00 |
| 276349 | 9/23/2021 | Charges (Pr:AA Fac: Main) | 903 | | | | 0 | 903 |
| 276283 | 9/23/2021 | Charges (Pr:ARN Fac: Main) | 933 | | | | 0 | 933 |
| 274254 | 8/26/2021 | Charges (Pr:ARN Fac: Main) | 933 | | | | 0 | 933 |
| 274556 | 8/25/2021 | Charges (Pr:SM Fac: Main) | 690 | | | | 0 | 690 |
| 274552 | 8/23/2021 | Charges (Pr:SM Fac: Main) | 690 | | | | 0 | 690 |
| 274546 | 8/18/2021 | Charges (Pr:SM Fac: Main) | 690 | | | | 0 | 690 |
| 274542 | 8/16/2021 | Charges (Pr:SM Fac: Main) | 1,179.00 | | | | 0 | 1,179.00 |
| 272737 | 8/5/2021 | Charges (Pr:ARN Fac: Main) | 705 | | | | 0 | 705 |
| 275922 | 7/22/2021 | Charges (Pr:ARN Fac: Main) | 228 | | | | 0 | 228 |
| 271232 | 7/13/2021 | Charges (Pr:LAF Fac: NHIP) | 2,082.00 | | | | 0 | 2,082.00 |
| 273249 | 7/13/2021 | Charges (Pr:ARN Fac: NHIP) | 28,628.00 | | | | 0 | 4,520.00 |
| | 9/28/2021 | UHC | | 3,198.48 | 20,909.52 | 0 | | |
| | | 22600:NECK SPINE FUSION | 8,316.00 | 1,325.91 | 6,990.09 | 0 | | |
| | | 63045:REMOVAL OF SPINAL LAMINA | 8,310.00 | 664.7 | 7,645.30 | 0 | | |
| | | 22842:INSERT SPINE FIXATION DEVICE | 4,943.00 | 798.17 | 4,144.83 | 0 | | |
| | | 63048:REMOVE SPINAL LAMINA ADD-ON | 2,942.00 | 0 | 0 | 0 | | |
| | | 22614:SPINE FUSION, EXTRA SEGMENT | 2,539.00 | 409.7 | 2,129.30 | 0 | | |
| | | 20660:APPLY, REM FIXATION DEVICE | 1,578.00 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| | 9/28/2021 | UHC | | 0 | 0 | 0 | | |
| | | 22600:NECK SPINE FUSION | 8,316.00 | 0 | 0 | 0 | | |
| | | 63045:REMOVAL OF SPINAL LAMINA | 8,310.00 | 0 | 0 | 0 | | |
| | | 22842:INSERT SPINE FIXATION DEVICE | 4,943.00 | 0 | 0 | 0 | | |
| | | 63048:REMOVE SPINAL LAMINA ADD-ON | 2,942.00 | 0 | 0 | 0 | | |
| | | 22614:SPINE FUSION, EXTRA SEGMENT | 2,539.00 | 0 | 0 | 0 | | |
| | | 20660:APPLY, REM FIXATION DEVICE | 1,578.00 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| | | Cpt Sub Totals | | | | | | |
| | | 22600:NECK SPINE FUSION | 8,316.00 | 1,325.91 | 6,990.09 | 0 | | |
| | | 63045:REMOVAL OF SPINAL LAMINA | 8,310.00 | 664.7 | 7,645.30 | 0 | | |
| | | 22842:INSERT SPINE FIXATION DEVICE | 4,943.00 | 798.17 | 4,144.83 | 0 | | |
| | | 63048:REMOVE SPINAL LAMINA ADD-ON | 2,942.00 | 0 | 0 | 0 | | |
| | | 22614:SPINE FUSION, EXTRA SEGMENT | 2,539.00 | 409.7 | 2,129.30 | 0 | | |
| | | 20660:APPLY, REM FIXATION DEVICE | 1,578.00 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| 273250 | 7/13/2021 | Charges (Pr:LS Fac: NHIP) | 15,139.50 | | | | 0 | 15,139.50 |
| 273247 | 7/9/2021 | Charges (Pr:ARN Fac: NHIP) | 32,697.00 | | | | 0 | 0 |
| | 9/28/2021 | UHC | | 4,215.22 | 26,897.78 | 0 | | |
| | | 22551:NECK SPINE FUSE&REMOVE ADDL | 8,988.00 | 1,766.04 | 7,221.96 | 0 | | |
| | | 63075:NECK SPINE DISK SURGERY | 8,733.00 | 696.43 | 8,036.57 | 0 | | |
| | | 22846:INSERT SPINE FIXATION DEVICE | 4,918.00 | 794.07 | 4,123.93 | 0 | | |
| | | 22853: | 2,950.00 | 270.9 | 2,679.10 | 0 | | |
| | | 22853: | 2,950.00 | 270.9 | 2,679.10 | 0 | | |
| | | 22552:ADDL NECK SPINE FUSION | 2,574.00 | 416.88 | 2,157.12 | 0 | | |
| | | 63076:NECK SPINE DISK SURGERY | 1,584.00 | 0 | 0 | 0 | | |
| | | 20930:SPINAL BONE ALLOGRAFT | 0 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| | 9/28/2021 | UHC | | 257.11 | 1,326.89 | 0 | | |
| | | 22551:NECK SPINE FUSE&REMOVE ADDL | 8,988.00 | 0 | 0 | 0 | | |
| | | 63075:NECK SPINE DISK SURGERY | 8,733.00 | 0 | 0 | 0 | | |
| | | 22846:INSERT SPINE FIXATION DEVICE | 4,918.00 | 0 | 0 | 0 | | |
| | | 22853: | 2,950.00 | 0 | 0 | 0 | | |
| | | 22853: | 2,950.00 | 0 | 0 | 0 | | |
| | | 22552:ADDL NECK SPINE FUSION | 2,574.00 | 0 | 0 | 0 | | |
| | | 63076:NECK SPINE DISK SURGERY | 1,584.00 | 257.11 | 1,326.89 | 0 | | |
| | | 20930:SPINAL BONE ALLOGRAFT | 0 | 0 | 0 | 0 | | |
| | | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/28/2021 | UHC | | 0 | 0 | 0 | | |
| | 22551:NECK SPINE FUSE&REMOVE ADDL | 8,988.00 | 0 | 0 | 0 | | |
| | 63075:NECK SPINE DISK SURGERY | 8,733.00 | 0 | 0 | 0 | | |
| | 22846:INSERT SPINE FIXATION DEVICE | 4,918.00 | 0 | 0 | 0 | | |
| | 22853: | 2,950.00 | 0 | 0 | 0 | | |
| | 22853: | 2,950.00 | 0 | 0 | 0 | | |
| | 22552:ADDL NECK SPINE FUSION | 2,574.00 | 0 | 0 | 0 | | |
| | 63076:NECK SPINE DISK SURGERY | 1,584.00 | 0 | 0 | 0 | | |
| | 20930:SPINAL BONE ALLOGRAFT | 0 | 0 | 0 | 0 | | |
| | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| | Cpt Sub Totals | | | | | | |
| | 22551:NECK SPINE FUSE&REMOVE ADDL | 8,988.00 | 1,766.04 | 7,221.96 | 0 | | |
| | 63075:NECK SPINE DISK SURGERY | 8,733.00 | 696.43 | 8,036.57 | 0 | | |
| | 22846:INSERT SPINE FIXATION DEVICE | 4,918.00 | 794.07 | 4,123.93 | 0 | | |
| | 22853: | 2,950.00 | 541.8 | 5,358.20 | 0 | | |
| | 22552:ADDL NECK SPINE FUSION | 2,574.00 | 416.88 | 2,157.12 | 0 | | |
| | 63076:NECK SPINE DISK SURGERY | 1,584.00 | 257.11 | 1,326.89 | 0 | | |
| | 20930:SPINAL BONE ALLOGRAFT | 0 | 0 | 0 | 0 | | |
| | 20936:SPINAL BONE AUTOGRAFT | 0 | 0 | 0 | 0 | | |
| 271230 | 7/9/2021 Charges (Pr:LAF Fac: NHIP) | 3,342.00 | | | | 0 | 3,342.00 |
| 273248 | 7/9/2021 Charges (Pr:LS Fac: NHIP) | 18,024.00 | | | | 0 | 18,024.00 |
| 269844 | 6/24/2021 Charges (Pr:SM Fac: Main) | 50 | | | | 0 | 50 |
| 269597 | 6/22/2021 Charges (Pr:SM Fac: Main) | 50 | | | | 0 | 50 |
| 269638 | 6/21/2021 Charges (Pr:ARN Fac: PMA) | 2,463.00 | | | | 0 | 2,463.00 |
| 269589 | 6/16/2021 Charges (Pr:SM Fac: Main) | 1,089.00 | | | | 0 | 1,089.00 |
| 269143 | 6/10/2021 Charges (Pr:AA Fac: Main) | 691 | | | | 0 | 672.31 |
| | 4/9/2021 Patient Payment | | 18.69 | 0 | 0 | | |
| | 99215:OFFICE/OUTPATIENT VISIT, EST | 691 | 18.69 | 0 | 0 | | |
| | Cpt Sub Totals | | | | | | |
| | 99215:OFFICE/OUTPATIENT VISIT, EST | 691 | 18.69 | 0 | 0 | | |
| 266493 | 4/29/2021 Charges (Pr:AA Fac: Main) | 2,117.00 | | | | 0 | 2,117.00 |
| 265587 | 4/19/2021 Charges (Pr:ANII Fac: Main) | 2,400.00 | | | | 0 | 0 |
| | 6/8/2021 UHC | | 416.41 | 1,983.59 | 0 | | |
| | 73221:MRI JOINT UPR EXTREM W/O DYE | 2,400.00 | 416.41 | 1,983.59 | 0 | | |
| | Cpt Sub Totals | | | | | | |
| | 73221:MRI JOINT UPR EXTREM W/O DYE | 2,400.00 | 416.41 | 1,983.59 | 0 | | |
| 264669 | 4/9/2021 Charges (Pr:AA Fac: Main) | 1,242.00 | | | | 0 | 0 |
| | 4/20/2021 UHC | | 144.59 | 1,062.41 | 0 | | |
| | 99205:OFFICE/OUTPATIENT VISIT, NEW | 995 | 120.32 | 839.68 | 0 | | |
| | 73030:X-RAY EXAM OF SHOULDER | 247 | 24.27 | 222.73 | 0 | | |
| | G8419:BMI>=30OR<22 CAL NO FOLLOWUP | 0 | 0 | 0 | 0 | | |
| | G8427:DOC MEDS VERIFIED W/PT OR RE | 0 | 0 | 0 | 0 | | |
| | 4/20/2021 UHC | | 0 | 0 | 0 | | |
| | 99205:OFFICE/OUTPATIENT VISIT, NEW | 995 | 0 | 0 | 0 | | |
| | 73030:X-RAY EXAM OF SHOULDER | 247 | 0 | 0 | 0 | | |
| | G8419:BMI>=30OR<22 CAL NO FOLLOWUP | 0 | 0 | 0 | 0 | | |
| | G8427:DOC MEDS VERIFIED W/PT OR RE | 0 | 0 | 0 | 0 | | |
| | 4/9/2021 Patient Payment | | 35 | 0 | 0 | | |
| | 99205:OFFICE/OUTPATIENT VISIT, NEW | 995 | 35 | 0 | 0 | | |
| | Cpt Sub Totals | | | | | | |
| | 99205:OFFICE/OUTPATIENT VISIT, NEW | 995 | 155.32 | 839.68 | 0 | | |
| | 73030:X-RAY EXAM OF SHOULDER | 247 | 24.27 | 222.73 | 0 | | |
| | G8419:BMI>=30OR<22 CAL NO FOLLOWUP | 0 | 0 | 0 | 0 | | |
| | G8427:DOC MEDS VERIFIED W/PT OR RE | 0 | 0 | 0 | 0 | | |
| | Total | $120,013.50 | $8,285.50 | $52,180.19 | $0.00 | $0.00 | $59,547.81 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**       HUGHEY,DONNA

**Client ID :**

**Selected Episode:**   ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/25/20 | Treatment Plan Review | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/25/20 | Multiple Therapies - MCar | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1869882 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/03/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1904149 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/07/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1904149 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/08/20 | Telemedicine Pharmacolog | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1900170 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/08/20 | Telemedicine Pharmacolog | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**     HUGHEY,DONNA

**Client ID :**

**Selected Episode:**    ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/08/20 | Telemedicine Pharmacolog | 1.00 | $15.00 | UNITED BE | 7601 | $15.00 | 15.00 | 1912039 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/17/20 | Telemedicine Individual T | 4.00 | $140.00 | UNITED BE | 7601 | $125.00 | 125.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/17/20 | Telemedicine Individual T | 4.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/17/20 | Telemed FARS/CFARS Li | 1.00 | $35.00 | DCF/CFBHN | 1000 | $35.00 | 35.00 | 1904149 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/17/20 | Multiple Therapies - MCa | 1.00 | $140.00 | UNITED BE | 7601 | $140.00 | 140.00 | 1900171 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/20/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1904149 | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**      HUGHEY,DONNA
**Client ID :**
**Selected Episode:**     ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1904149 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Individual Therapy | 3.00 | $105.00 | UNITED BEI | 7601 | $90.00 | 90.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Individual Therapy | 3.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Multiple Therapies - MCar | | $140.00 | UNITED BEI | 7601 | $125.00 | 125.00 | 1907515 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Multiple Therapies - MCar | | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/30/20 | Multiple Therapies - MCar | 1.00 | $15.00 | UNITED BEI | 7601 | $15.00 | 15.00 | 1916979 | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:** HUGHEY,DONNA

**Client ID :**

**Selected Episode:** ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/03/20 | Telephonic Individual The | 4.00 | $140.00 | UNITED BEI | 7601 | $125.00 | 125.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/03/20 | Telephonic Individual The | 4.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/03/20 | Telehealth Mult Therapies | | $140.00 | UNITED BEI | 7601 | $125.00 | 125.00 | 1922417 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/03/20 | Telehealth Mult Therapies | | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/23/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1925982 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/23/20 | Telephonic Pharmacologic | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                          Page 12 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

| | |
|---|---|
| **Client Name:** | HUGHEY,DONNA |
| **Client ID :** | |
| **Selected Episode:** | ALL |

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 06/23/20 | Telephonic Pharmacologic | 1.00 | $15.00 | UNITED BEI | 7601 | $15.00 | 15.00 | 1935628 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 07/15/20 | Telephonic Individual The | 4.00 | $140.00 | UNITED BEI | 7601 | $125.00 | 125.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 07/15/20 | Telephonic Individual The | 4.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 07/15/20 | Telehealth Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1938880 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/12/20 | Telephonic Individual The | 4.00 | $140.00 | UNITED BEI | 7601 | $125.00 | 125.00 | Roll-Up | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:** HUGHEY,DONNA

**Client ID :**

**Selected Episode:** ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/12/20 | Telephonic Individual The | 4.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/12/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1955935 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/19/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1964397 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/19/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1955936 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/19/20 | Telephonic Pharmacologic | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/19/20 | Telephonic Pharmacologic | 1.00 | $15.00 | UNITED BEI | 7601 | $15.00 | 15.00 | 1964398 | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:** HUGHEY,DONNA

**Client ID :**

**Selected Episode:** ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/26/20 | Telephonic Individual The | 3.00 | $105.00 | UNITED BEI | 7601 | $90.00 | 90.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/26/20 | Telephonic Individual The | 3.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 08/26/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1958905 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/10/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1970796 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/10/20 | Telephonic Pharmacologic | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:** HUGHEY,DONNA

**Client ID :**

**Selected Episode:** ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/10/20 | Telephonic Pharmacologic | 1.00 | $15.00 | UNITED BEI | 7601 | $15.00 | 15.00 | 1979586 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/22/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/22/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/22/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1979585 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $65.00 | 65.00 | 1974588 | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                          Page 16 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**          HUGHEY,DONNA                                    Diagnosis History

**Client ID :**

**Selected Episode:**     ALL                                            Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Telephonic Pharmacologic | 1.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Unbilled | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/23/20 | Telephonic Pharmacologic | 1.00 | $15.00 | UNITED BEI | 7601 | $15.00 | 15.00 | 1984583 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/30/20 | Telephonic Individual The | 3.00 | $105.00 | UNITED BEI | 7601 | $90.00 | 90.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/30/20 | Telephonic Individual The | 3.00 | | PRIVATE PA | 9000 | $15.00 | 15.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 09/30/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1974589 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/05/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1995842 | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

### Client Account Ledger

**Client Name:**        HUGHEY,DONNA                                                  Diagnosis History

**Client ID :**

**Selected Episode:**     ALL                                                        Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/19/20 | Telephonic Individual The | 2.00 | $70.00 | UNITED BEI | 7601 | $70.00 | 70.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/19/20 | Telephonic FARS/CFARS | 1.00 | $35.00 | DCF/CFBHN | 1000 | $35.00 | 35.00 | 1995842 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/19/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1988561 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 10/21/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 1995842 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/04/20 | Telephonic Individual The | 4.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | Roll-Up | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                                                                   Page 18 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**    HUGHEY,DONNA

**Client ID :**

**Selected Episode:**    ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/04/20 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 1999127 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/04/20 | Telephonic Mult Therapies | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/20/20 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $80.00 | 80.00 | 2004568 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 11/20/20 | Telephonic Pharmacologic | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 12/01/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 2024315 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 12/01/20 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 2024315 | $0.00 |

Run Date: 5/19/2021 02:55 PM

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**      HUGHEY,DONNA

**Client ID :**

**Selected Episode:**      ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 01/06/21 | Telephonic Treatment Plan | 1.00 | $85.00 | UNITED BEI | 7601 | $85.00 | 85.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 01/06/21 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 2030472 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 01/06/21 | Telephonic Mult Therapies | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/11/21 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 2057713 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/11/21 | Client Communication | 1.00 | $15.40 | DCF/CFBHN | 1000 | $15.40 | 15.40 | 2057713 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/11/21 | Telephonic Pharmacologic | 1.00 | $80.00 | UNITED BEI | 7601 | $80.00 | 80.00 | 2046921 | $0.00 |

Run Date: 5/19/2021 02:55 PM                                                                 Page 20 of 20

Suncoast Center, Inc.
4024 Central Avenue
St. Petersburg, FL 33711

## Client Account Ledger

**Client Name:**        HUGHEY,DONNA
**Client ID :**
**Selected Episode:**   ALL

Diagnosis History

Graph of Charges and Payments By Month

| Episode Number | Date of Service | Service Description | Units | Full Charge | Guarantor Name | Guarantor Number | Guarantor Liability | Guarantor Payments | Claim Number | Line Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 02/11/21 | Telephonic Pharmacologic | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/09/21 | Telephonic Bio Psychosoc | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | Roll-Up | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/09/21 | Telephonic Mult Therapies | 1.00 | $140.00 | UNITED BEI | 7601 | $140.00 | 140.00 | 2078987 | $0.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 04/09/21 | Telephonic Mult Therapies | 1.00 | $15.00 | PRIVATE PA | 9000 | $15.00 | 0.00 | Unbilled | $15.00 |
| Episode 1 Admit Date : 02/28/2019 Discharge Date : None | 05/06/21 | Telephonic Pharmacologic | 1.00 | $100.00 | UNITED BEI | 7601 | $100.00 | 18.42 | 2094522 | $81.58 |

|  |  |  |  |  |  |  | Grand Totals | 7,136.80 | 6,980.22 |  |

# sunstar
## EMERGENCY MEDICAL SERVICES

P. O. BOX 31074
TAMPA, FL 33631
(727) 582-2008

Tax ID:
NPI:

Patient name: HUGHEY, DONNA M
From:
To: LARGO MEDICAL CTR HOSPITAL

**\*\*Interested in minimizing future expenses?\*\***
**Join the Sunstar FirstCare Membership Plan.**
**For more information contact our office or visit**
**www.pinellascounty.org/firstcare**

DONNA M HUGHEY

**Run Number:** 20-382942
**Invoice date:** 08-Jun-2021
**Date of transport:** 05-Mar-2020

**Primary payer:**   UNITED HEALTHCARE

**Secondary payer:**   Bill Patient

| Charge Code | Description | Payer | Quantity | Unit Price | Payment Date | Amount |
|---|---|---|---|---|---|---|
| A0427SH | ALS1 Emergency Base Rate | | 1.0 | $675.65 | | $675.65 |
| A0425SH | Mileage per Loaded Mile | | 4.7 | $14.07 | | $66.13 |
| | Payment Check Insurance | UNITED HEALTHCARE | | | 21-Apr-2020 | -$648.87 |
| | Payment Check Insurance | UNITED HEALTHCARE | | | 21-Apr-2020 | -$45.72 |

**PLEASE PAY THIS AMOUNT** | **$47.19**

**Sunstar will file a claim with applicable insurance carriers on behalf of our customers.**
**Any remaining balance not covered by insurance is the responsibility of the customer.**

---

\*\*\*DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT THANK YOU. \*\*\*
**FOR YOUR SECURITY CREDIT CARD PAYMENTS ARE NOT ACCEPTED VIA MAIL**
**Credit card convenience fee - ALL credit card payments will be charged a minimum convenience fee of $2.50 for each increment up to $100.00.**
**Online payments for ambulance service are available at http://www.pinellascounty.org/publicsafety/ambulance_billing.htm**
**or by calling our office at (727) 582-2008**

| PATIENT NAME | INVOICE DATE | | |
|---|---|---|---|
| HUGHEY, DONNA M | 08-Jun-2021 | AMOUNT DUE | **$ 47.19** |
| **RUN NUMBER** | **DATE OF TRANSPORT** | **PLEASE PAY BY** | |
| 20-382942 | 05-Mar-2020 | 08-Jun-2021 | AMOUNT ENCLOSED  $ |

DONNA M HUGHEY

**MAKE CHECKS PAYABLE TO**
PINELLAS COUNTY EMS dba SUNSTAR EMS
P. O. BOX 31074
TAMPA, FL 33631

Communications concerning disputed debts and instruments tendered as full satisfaction of a disputed debt should be sent to
the following designated address: Sunstar Attn: Disputed Payments 12490 Ulmerton Rd, Largo, FL 33774

TAMPA BAY IMAGING - PINELLAS

7800 66 STREET NORTH SUITE 106

PINELLAS PARK, FLORIDA 33781

(727) 342-2363

Employer Identification Number:

## Patient Demographics

| | | | | | | |
|---|---|---|---|---|---|---|
| Chart #: | | SSN: | | Acct.Type: | Attorney | |
| Patient | DONNA M HUGHEY | Employment Status: | Retired | Gender: | Female | |
| Address: | | Student Status: | Unknown | DOB / Age: | 11/02/1964 | 56 years |
| | | Phone: | | Marital | Married | |
| | | | | Email: | | |
| Provider: | TAMPA BAY IMAGING LLC | | | | | |

## Current Insurance Information

## Responsible Party

| | | | | | |
|---|---|---|---|---|---|
| Name: | YOUNGBLOOD LAW FIRM | Email: | sean@youngbloodlaw.com | Address: | 360 CENTRAL AVE STE 1450 |
| | | | | | SAINT PETERSBURG, FLORIDA 33701 |
| Primary Phone: | (727) 563-0909 | | | | |
| Secondary Phone: | (727) 592-5316 | | | | |

Primary

Payer:
Address:

Phone:
Insured Name:
Insured DOB:

Address:

SSN:
Group Number:
Group Name:
Member ID:

## Transactions Posted

| Effective Date | Type/ Place of Service | Description/ Diagnoses | Status/ Rendering Provider | Unit | Debits | Credits | Bal/Unap |
|---|---|---|---|---|---|---|---|
| 03/13/2020 | Charge | 72148 MRI LUMBAR SPINE W/O DYE | Ready | 1 | $ 1,650.00 | | $ 1,650.00 |
| | 11 (Office) | M51.26 | TAMPA BAY IMAGING LLC | | | | |
| 12/24/2020 | Charge | 72141 MRI NECK SPINE W/O DYE | Ready | 1 | $ 1,650.00 | | $ 1,650.00 |
| | 11 (Office) | M54.2 | TAMPA BAY IMAGING LLC | | | | |
| | | | Totals: | 2 | $ 3,300.00 | | $ 3,300.00 |

| | | | | |
|---|---|---|---|---|
| Total Charges: | $ 3,300.00 | | Current Patient | $ 3,300.00 |
| Patient Payments: | $ 0.00 | | Current Ins Balance: | $ 0.00 |
| Insurance | $ 0.00 | | Current Account | $ 3,300.00 |
| Total Adjustments: | $ 0.00 | | | |
| Total Unapplied: | $ 0.00 | | | |

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

vs.                      `Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF TAKING DEPOSITION

      PLEASE TAKE NOTICE that Defendant, WAL-MART STORES EAST, LP, will take the deposition before a member of the firm of Musetta and Associates Reporting, Official Court Reporters and Notaries Public, or before some other person duly authorized to administer oaths, who is not of counsel to either of the parties or interested in the event of the cause:

| **WITNESS** | **DATE & TIME** | **PLACE** |
|---|---|---|
| Christopher Hughey | Tuesday, January 11, 2022 – 3:00 pm | *Via Zoom* |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 10th day of December, 2021.

                    */s/ Andrew S. Bolin, Esq., BCS*
                    Andrew S. Bolin, Esquire, BCS
                    Florida Bar No. 0569097
                    Christie Alisca, Esquire
                    Florida Bar No. 124020
                    *Bolin Law Group*
                    1905 E. 7th Avenue
                    Tampa, FL 33605
                    T: (813) 848-0600; F: (813) 848-0090

jec@bolin-law.com
amc@bolin-law.com
scr@bolin-law.com
Attorneys for Defendant

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

vs.                             `Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF TAKING DEPOSITION

      PLEASE TAKE NOTICE that Defendant, WAL-MART STORES EAST, LP, will take the deposition before a member of the firm of Musetta and Associates Reporting, Official Court Reporters and Notaries Public, or before some other person duly authorized to administer oaths, who is not of counsel to either of the parties or interested in the event of the cause:

| WITNESS | DATE & TIME | PLACE |
|---|---|---|
| Donna M. Hughey | Tuesday, January 11, 2022 – 1:00 pm | *Via Zoom* |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 10th day of December, 2021.

                        */s/ Andrew S. Bolin, Esq., BCS*
                        Andrew S. Bolin, Esquire, BCS
                        Florida Bar No. 0569097
                        Christie Alisca, Esquire
                        Florida Bar No. 124020
                        *Bolin Law Group*
                        1905 E. 7th Avenue
                        Tampa, FL 33605
                        T: (813) 848-0600; F: (813) 848-0090

jec@bolin-law.com
amc@bolin-law.com
scr@bolin-law.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, et al.,

     Plaintiffs,

v.                              CASE NO. 8:22-cv-278-SDM-SPF

WAL-MART STORES EAST, LP,

     Defendant.

_____/

## ORDER

     Donna Hughey, who allegedly slipped and fell on Wal-Mart's floor, and

Christopher Hughey, Donna's husband, sued (Doc. 1-2) Wal-Mart in state court.

The complaint alleges that damages exceed $15,000 dollars but fails to specify or

compute damages.  Wal-Mart removes (Doc. 1) this action and attempts to invoke

diversity jurisdiction because the Hugheys "admit[]" that damages exceed $75,000.

(Doc. 1 at 6)  Although the Hugheys in an interrogatory answer mention an

"itemized breakdown" of expenses (Doc. 1-7 at 2), Wal-Mart fails display a

computation and substantiation of the purported damages.

     If a state-court plaintiff alleges only that damages exceed $15,000, 28 U.S.C.

§ 1446(c)(2) requires the defendant to prove, "by the preponderance of the evidence,"

that the amount in controversy exceeded $75,000 on the day the defendant removed

the action.  "A conclusory allegation" that damages exceed $75,000 fails to satisfy

this burden without facts or evidence substantiating the alleged damages.  *Leonard v. Enterprise Rent a Car*, 279 F.3d 967, 972 (11th Cir. 2002).

Under *Leonard*, the "admission" that damages exceed $75,000 fails to satisfy Wal-Mart's burden because Wal-Mart fails to show "medical bills or other evidence" substantiating the admission.  *Pennington v. Covidien LP*, 2018 WL 4501739, at *2 (M.D. Fla. 2018); *see Velar v. Kohl's Corp.*, 2109 WL 1349824, at *2 (M.D. Fla. 2019) ("'[A] plaintiff's mere concession that the amount-in-controversy exceeds $75,000 is insufficient.'") (quoting *Eckert v. Sears, Roebuck & Co.*, 2013 WL 5673511, at *3 (M.D. Fla. 2013)); *Wynn v. Wal-Mart Stores, Inc.*, Case No. 8:17-cv-2111-SDM-AEP (M.D. Fla. 2017).  Further, although the Hugheys admit that damages exceed $75,000, Wal-Mart fails to demonstrate either that a plaintiff's individual damages exceeded $75,000 or that the amount in controversy warrants aggregating Donna's and Christopher's damages.  The notice (Doc. 1) of removal fails to satisfy Wal-Mart's burden to invoke diversity jurisdiction under 28 U.S.C. § 1446(c).

Not later than **MAY 23, 2022**, Wal-Mart must show facts demonstrating that the amount in controversy on the day of removal likely exceeded $75,000.  Failure to timely show that the amount in controversy likely exceeds $75,000 will result in the remand of this action without further notice.

ORDERED in Tampa, Florida, on May 3, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA M. HUGHEY, et al.,

      Plaintiffs,

v.                                CASE NO. 8:22-cv-278-SDM-SPF

WAL-MART STORES EAST, LP,

      Defendant.

_____/

**ORDER**

In this removed action, a May 3, 2022 order (Doc. 13) directs Wal-Mart to substantiate, with "medical bills" or other record material, the plaintiffs' conclusory admission "that the [p]laintiffs are alleging damages in excess of $75,000." In response (Doc. 14), Wal-Mart produces no new material substantiating the amount in controversy. Instead, Wal-Mart reasserts the argument that "request for admission is a proper method to ascertain the amount in controversy." (Doc. 14 at 2) (citing *Steel v. Underwriters Adjusting Co., Inc.*, 649 F. Supp. 1414 (M.D. Ala. 1986), and *Bonnell v. Seaboard Air Line R.R. Co.*, 202 F. Supp. 53 (N.D. Fla. 1962)).

As stated in the May 3 order (and in *Steel* and *Bonnell*), if a state-court complaint alleges only the conclusion that damages exceed $15,000, a removing defendant must demonstrate by the preponderance of the evidence that the amount in controversy exceeded $75,000 on the day of removal. And, as *Wynn v. Wal-Mart Stores, Inc.*, 8:17-cv-2111 (M.D. Fla. 2017) (Doc. 8), clarifies, "[a]n 'admission' that

the plaintiff aspires to collect more than $75,000 cannot establish the amount in controversy unless substantiated by facts." Although a plaintiff's admission of a fact demonstrating damages — for example, the admission that the plaintiff's unpaid medical bills exceed $80,000 — might satisfy a removing defendant's burden, the conclusory admission that "damages exceed $75,000" fails to satisfy the defendant's burden without "'medical bills or other evidence' substantiating the admission.'" (Doc. 13 at 2) (quoting *Pennington v. Covidien LP*, 2018 WL 4501729, at *2 (M.D. Fla. 2018), and *Velar v. Kohl's Corp.*, 2019 WL 1349824, at *2 (M.D. Fla. 2019) (internal quotation marks omitted)).

By again resting solely on the plaintiffs' conclusory admission that total damages exceed $75,000, Wal-Mart again fails to satisfy its burden to invoke diversity jurisdiction. Accordingly, the action is **REMANDED** to the circuit court for Pinellas County, Florida. The clerk must mail a certified copy of this order to the clerk of the circuit court in Pinellas County and must close the case.

ORDERED in Tampa, Florida, on May 25, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT**
**OF THE STATE OF FLORDIA, IN AND FOR PINELLAS COUNTY**
**CIVIL DIVISION**

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

                                      CASE NO.:   21-CA-004877

vs.

WAL-MART STORES EAST, LP,

      Defendant.

_____/

**PLAINTIFF, DONNA M. HUGHEY'S, RESPONSE TO**
**DEFENDANT'S REQUEST FOR ADMISSIONS AND INCORPORATED**
**INTERROGATORIES TO PLAINTIFFS**

      Plaintiffs, DONNA M. HUGHEY and CHRISTOPHER HUGHEY, by and through

undersigned counsel; pursuant to 1.370, Fla.R.Civ.P., files the following responses to Defendant's

Request for Admissions, propounded on December 17, 2021:

1.  Admit that Plaintiffs, at all times material to the incident that makes up the basis for the
     Complaint, had a permanent, physical residence and were domiciled in Florida.

     **Admitted.**

2.  Admit that Plaintiffs currently have a permanent, physical residence and are domiciled in
     Florida.

     **Admitted.**

3.  Admit that the Plaintiffs, at all times material to the incident that makes up the basis for
     the Complaint, had no plans to move out of the State of Florida.

     **Admitted.**

4.  Admit that the Plaintiffs currently have no plans to move out of the State of Florida.

     **Admitted.**

5.  Admit that the Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, were citizens of the State of Florida and were domiciled in the State of Florida.

**Admitted.**

6.  Admit that Plaintiffs are currently citizens of the State of Florida.

**Admitted.**

7.  Admit that the Plaintiffs are alleging damages in excess of $75,000.00

**Admitted.**

## INTERROGATORIES

a.      If the Plaintiffs did have plans to move out of the State of Florida, please provide where the Plaintiffs were planning to move.

**Plaintiffs did not have plans to move out of state.**

b.      If the Plaintiffs do currently have plans to move out of the State of Florida, please provide where the Plaintiffs are planning to move.

**Plaintiffs do not have plans to move out of state.**

c.      If the Plaintiffs are alleging damages in excess of $75,000.00, please provide an itemized breakdown of the damages that the Plaintiffs are seeking.

**Please see Answers to Interrogatories and Response to Request for Production for itemized breakdown. Plaintiffs is seeking damages regarding medical expenses (past and unknown future expenses; including liens associated with medical expenses), pain and suffering (past and future), and Loss of Consortium.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the Florida Courts E-filing Portal, at www.myflcourtaccess.com, which will serve all counsel of record by email at the address(es) designated thereby, this 3rd day of January, 2022.

By: _____
    T. PATTON YOUNGBLOOD, JR., ESQ.

Fla. Bar No. 0849243
YOUNGBLOOD LAW FIRM
First Central Tower
360 Central Avenue, Suite 800
St. Petersburg, Florida   33701
Telephone: (727) 563-0909
Facsimile:  (727) 592-5316
Primary:     patton@youngbloodlaw.com
Secondary: sean@youngbloodlaw.com
*Attorneys for Plaintiff*

Case 8:22-cv-01375-KKM-TGW   Document 1-4   Filed 06/16/22   Page 75 of 86 PageID 117

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORDIA, IN AND FOR PINELLAS COUNTY
CIVIL DIVISION**

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

      Plaintiffs,

                                     CASE NO.:   21-004877-CI

vs.

WAL-MART STORES EAST, LP,

      Defendant.

_____/

**PLAINTIFFS' REQUEST FOR ADMISSIONS TO DEFENDANT**

Plaintiffs, DONNA M. HUGHEY and CHRISTOPHER HUGHEY, by and through undersigned counsel, and pursuant to *Rule 1.370, Fla.R.Civ.P.*, hereby serves upon Defendant, WAL-MART STORES EAST, LP, the following Request for Admissions, and requests Defendant to admit or deny the following, in writing, under oath and otherwise in accordance with the aforementioned *Rule 1.370*.

**Definitions:**

- **"You"** or **"Your"** shall refer to Defendant, WAL-MART STORES EAST, LP, and any authorized agents or employees thereof.
- **"Subject Premises"** shall refer to the Wal-Mart store located at 2677 Roosevelt Blvd, Clearwater, FL 33760, as described in the Complaint filed in this action.
- **"Subject Accident"** shall refer to the incident in which Plaintiff, DONNA M. HUGHEY, was allegedly injured as described in the Complaint filed in this action.
- **"Time"** shall refer to the date Plaintiff was allegedly injured as described in the Complaint filed in this action.

1. At the time of the subject accident, you were the sole owner of the subject premises.

2. At the time of the subject accident, you were the operator of the subject premises.

3. At the time of the subject accident, you maintained the subject premises.

Page **1** of **2**

4.   At the time of the subject accident, you controlled the subject premises.

5.   At the time of the subject accident, you maintained liability insurance to cover any and all injuries sustained by invitees such as Plaintiff, DONNA M. HUGHEY, on the subject premises.

6.   At the time of the subject accident, you maintained a portion of liability insurance to cover any and all or a portion thereof, of any injuries sustained by invitees, such as Plaintiff, DONNA M. HUGHEY, on the subject premises.

7.   At the time of the subject accident, you maintained supplemental liability insurance to cover any and all injuries sustained by invitees such as Plaintiff, DONNA M. HUGHEY, on the subject premises.

8.   At the time of the subject accident, you maintained a portion of supplemental liability insurance to cover any and all or a portion thereof, of any injuries sustained by invitees, such as Plaintiff, DONNA M. HUGHEY, on the subject premises.

9.   At the time of the subject accident, you were solely responsible for any acts or omissions relative to the subject accident.

10.  At the time of the subject accident, your employee or agent was operating the subject cart, as referenced in the Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that: A true and correct copy of the foregoing has been electronically filed using the Florida Courts E-filing Portal, at www.myflcourtaccess.com, and served via original Service of Process with the initial Summons and Complaint.

By: _____
T. PATTON YOUNGBLOOD, JR., ESQ.
Fla. Bar No. 0849243
YOUNGBLOOD LAW FIRM
First Central Tower
360 Central Avenue, Suite 800
St. Petersburg, Florida  33701
Telephone: (727) 563-0909
Facsimile:  (727) 592-5316
Primary:   patton@youngbloodlaw.com
Secondary: sean@youngbloodlaw.com
*Attorneys for Plaintiff*

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

       Plaintiffs,

vs.                             Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

       Defendant.
_____/

## DEFENDANT'S REQUEST FOR ADMISSIONS AND INCORPORATED INTERROGATORIES TO PLAINTIFFS

Defendant, WAL-MART STORES EAST, LP, by and through its undersigned counsel, hereby requests that the Plaintiffs, DONNA M. HUGHEY and CHRISTOPHER HUGHEY, admit or deny the following Request for Admissions within thirty (30) days from the date of service hereof, pursuant to Rule 1.370 of the Florida Rule of Civil Procedure:

1.     Admit that Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, had a permanent, physical residence and were domiciled in Florida.

2.     Admit that Plaintiffs currently have a permanent, physical residence and are domiciled in Florida.

3.     Admit that the Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, had no plans to move out of the State of Florida.

4.     Admit that the Plaintiffs currently have no plans to move out of the State of Florida.

5.     Admit that the Plaintiffs, at all times material to the incident that makes up the basis for the Complaint, were citizens of the State of Florida and were domiciled in the State of Florida.

6.     Admit that Plaintiffs are currently citizens of the State of Florida.

7.     Admit that the Plaintiffs are alleging damages in excess of $75,000.00

## **INTERROGATORIES**

      a.      If the Plaintiffs did have plans to move out of the State of Florida, please provide where the Plaintiffs were planning to move.

      b.      If the Plaintiffs do currently have plans to move out of the State of Florida, please provide where the Plaintiffs are planning to move.

      c.      If the Plaintiffs are alleging damages in excess of $75,000.00, please provide an itemized breakdown of the damages that the Plaintiffs are seeking.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and

sean@youngbloodlaw.com on this 17th day of December, 2021.

                                */s/ Andrew S. Bolin, Esq., BCS*
                                Andrew S. Bolin, Esquire, BCS
                                Florida Bar No. 0569097
                                Christie Alisca, Esquire
                                Florida Bar No. 124020
                                *Bolin Law Group*
                                1905 E. 7th Avenue
                                Tampa, FL 33605
                                T: (813) 848-0600; F: (813) 848-0090
                                jec@bolin-law.com
                                amc@bolin-law.com
                                scr@bolin-law.com
                                Attorneys for Defendant

BY:_____

   DONNA M. HUGHEY

STATE OF _____

COUNTY OF _____

  BEFORE ME, the undersigned authority, personally appeared DONNA M. HUGHEY, who is personally known to me or who furnished identification in the form of _____, and who, after being first duly sworn, deposes and says that the foregoing is true and correct to the best of his/her knowledge, information and belief, and that he/she subscribed his/her name hereto in certification thereof.

  Dated this \_\_\_\_\_ day of _____, 2021.

       _____

       NOTARY PUBLIC

       _____

       Type or Print Name

       My Commission Expires:

BY:_____
CHRISTOPHER HUGHEY

STATE OF _____

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared CHRISTOPHER HUGHEY, who is personally known to me or who furnished identification in the form of _____, and who, after being first duly sworn, deposes and says that the foregoing is true and correct to the best of his/her knowledge, information and belief, and that he/she subscribed his/her name hereto in certification thereof.

Dated this _____ day of _____, 2021.


_____
NOTARY PUBLIC


_____
Type or Print Name

My Commission Expires:

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

        Plaintiffs,

vs.                                `Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

        Defendant.

_____/

## DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS

Comes now, Defendant, WAL-MART STORES EAST, LP by and through its undersigned counsel and files its response to Plaintiff's Request for Admissions served with the Complaint as follows:

1.      Admit.

2.      WAL-MART STORES EAST, LP, is without knowledge as to the definition Plaintiff uses for the term "operator".  However, WAL-MART STORES EAST, LP, admits it did not lease the area of the property where this incident is alleged to have occurred.

3.      Admit.

4.      Denied.

5.      WAL-MART STORES EAST, LP, is a member of a self-insured program.

6.      Denied.

7.      Denied.

8.      Denied.

9.      Denied.

10.     WAL-MART STORES EAST, LP, admits an employee was utilizing a shopping cart at the time of the incident, otherwise denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 18th day of November 2021.

*/s/ Andrew S. Bolin, Esq., BCS*
Andrew S. Bolin, Esquire, BCS
Florida Bar No. 0569097
Christie Alisca, Esquire
Florida Bar No. 124020
*Bolin Law Group*
1905 E. 7th Avenue
Tampa, FL 33605
T: (813) 848-0600; F: (813) 848-0090
jec@bolin-law.com
amc@bolin-law.com
scr@bolin-law.com
Attorneys for Defendant

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

     Plaintiffs,

vs.                                                      `Case No.:      21-CA-004877

WAL-MART STORES EAST, LP,

     Defendant.

_____/

### **DEFENDANT'S SECOND AMENDED NOTICE OF TAKING DEPOSITION**

PLEASE TAKE NOTICE that Defendant, WAL-MART STORES EAST, LP, will take the deposition before a member of the firm of Musetta and Associates Reporting, Official Court Reporters and Notaries Public, or before some other person duly authorized to administer oaths, who is not of counsel to either of the parties or interested in the event of the cause:

| **WITNESS** | **DATE & TIME** | **PLACE** |
|---|---|---|
| Donna M. Hughey | Friday, February 4, 2022 – 9:30 am | *Via Zoom* |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 3rd day of February, 2022.

                                        */s/ Andrew S. Bolin, Esq., BCS*
                                        Andrew S. Bolin, Esquire, BCS
                                        Florida Bar No. 0569097
                                        Christie Alisca, Esquire
                                        Florida Bar No. 124020
                                        *Bolin Law Group*
                                        1905 E. 7th Avenue
                                        Tampa, FL 33605
                                        T: (813) 848-0600; F: (813) 848-0090
                                        jec@bolin-law.com
                                        amc@bolin-law.com

scr@bolin-law.com
Attorneys for Defendant

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONNA M. HUGHEY, and
CHRISTOPHER HUGHEY,

     Plaintiffs,

vs.                            `Case No.:     21-CA-004877

WAL-MART STORES EAST, LP,

     Defendant.

_____/

### **DEFENDANT'S SECOND AMENDED NOTICE OF TAKING DEPOSITION**

     PLEASE TAKE NOTICE that Defendant, WAL-MART STORES EAST, LP, will take the deposition before a member of the firm of Musetta and Associates Reporting, Official Court Reporters and Notaries Public, or before some other person duly authorized to administer oaths, who is not of counsel to either of the parties or interested in the event of the cause:

| **WITNESS** | **DATE & TIME** | **PLACE** |
|---|---|---|
| Christopher Hughey | Friday, February 4, 2022 – 11:30 am | *Via Zoom* |

### **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Portal to: E. Patton Youngblood, Esq. at patton@youngbloodlaw.com and sean@youngbloodlaw.com on this 3rd day of February, 2022.

                         */s/ Andrew S. Bolin, Esq., BCS*
                         Andrew S. Bolin, Esquire, BCS
                         Florida Bar No. 0569097
                         Christie Alisca, Esquire
                         Florida Bar No. 124020
                         *Bolin Law Group*
                         1905 E. 7th Avenue
                         Tampa, FL 33605
                         T: (813) 848-0600; F: (813) 848-0090

jec@bolin-law.com
amc@bolin-law.com
scr@bolin-law.com
Attorneys for Defendant